Sign In



# ABOUT US

Search…



**The Nation's First Health Department**
The Boston Public Health Commission, the country's oldest health department, is an independent public agency providing a wide range of health services and programs. It is governed by a seven-member board of health appointed by the Mayor of Boston.

Public service and access to quality health care are the cornerstones of our mission - to protect, preserve, and promote the health and well-being of all Boston residents, particularly those who are most vulnerable. The Commission's more than **40 programs** are grouped into **six bureaus**: Child, Adolescent & Family Health; Community Health Initiatives; Homeless Services; Infectious Disease; Recovery Services; and Emergency Medical Services. **An organizational chart can be found here.**

- OUR HISTORY
- OFFICE OF THE DIRECTOR
  - OUR MISSION AND VISION
- ONLINE NEWSROOM
- BOARD OF HEALTH
- INTERGOVERNMENTAL RELATIONS
- MAYOR'S HEALTH LINE
- WE ASKED, YOU SAID, WE DID
- COMMUNITY PARTNERSHIPS
- BPHC WEATHER
  - COLD WEATHER SAFETY
  - HOT WEATHER SAFETY
- DIRECTIONS
- ADDITIONAL RESOURCES
- PERFORMANCE IMPROVEMENT
  - PRESENTATIONS & PUBLICATIONS

CONTACT US

Feedback

- Homeless Services
- Infectious Disease (IDB)
- Emergency Medical Services (EMS)
- BPHC
- Community Initiatives (CIB)
- Recovery Services (BRS)
- Child and Family Health (CAFH)

Please take a look at some of our exciting programs - we have services and information that touch every Boston resident.

**WHAT WE DO BY TOPIC**

**OFFICE OF THE DIRECTOR**

Feedback

**NEWS**

**REPORTS**



We are pleased to present BPHC's 2020 Annual Report. This report is an overview of our programs and services that play a critical role in carrying out our mission of protecting, preserving, and promoting the health and well-being of all Boston residents, particularly the most vulnerable. To view the 2019 Annual Report, click here.

  

What We Do - Health Data - About Us - Working With Us - Contact Us - Online Newsroom - Board of Health - Emergency Services - Site Map

   

Boston Public Health Commission
1010 Massachusetts Ave, 6th Floor, Boston, MA 02118.
Phone:(617) 534-5395 Email: info@bphc.org



Select Language

Powered by Google Translate

Translation Disclaimer

Feedback