Sign In

# BOSTON PUBLIC HEALTH COMMISSION

HOME > BOARD OF HEALTH

## BOARD OF HEALTH

**The Boston Public Health Commission - Board Office**

The Boston Public Health Commission is governed by a board of seven members. The Boston Public Health Act of 1995 created the Boston Public Health Commission and set forth the following guidelines for the make up of the governing board of the Commission:

- Six members are appointed by the Mayor of Boston subject to the approval of the city council; the seventh member is the chief executive officer of Boston Medical Center and serves ex-officio.
- Of the six members appointed by the Mayor:
    - Two members shall be trustees, officers or medical directors of neighborhood health centers which are affiliated with Boston Medical Center;
    - One member shall be appointed by the Mayor from a list of not less than three nominees recommended by a nominating committee of representatives of organized labor appointed by the mayor.
- The Mayor appoints the Chairperson of the Commission.
  The six appointed members serve staggered three year terms.

Search... 

REGULATIONS
BOARD MEMBER PROFILES
BOARD MEETING MATERIALS

CONTACT US

RELATED INFORMATION

ABOUT US

### Board Member Profiles

Dr. Jennifer Childs-Roshak, MD, MBA
*President and Chief Executive Officer*
*Planned Parenthood League of Massachusetts*

John Fernandez
*President*
*Massachusetts Eye and Ear*

Rebecca Gutman
VP Homecare, 1199SEIU United Healthcare Workers East

Phillomin Laptiste
*Executive Director*
*Bowdoin Street Health Center*

Manny Lopes, chair
*Chief Executive Officer*
*East Boston Neighborhood Health Center*

Kate Walsh
*President and Chief Executive Officer*
*Boston Medical Center*

What We Do - Health Data - About Us - Working With Us - Contact Us - Online Newsroom - Board of Health - Emergency Services - Site Ma

Boston Public Health Commission
1010 Massachusetts Ave, 6th Floor, Boston, MA 02118.
Phone:(617) 534-5395 Email: info@bphc.org

   

Select Language
Powered by Google Translate
Translation Disclaimer

Feedback