# EXHIBIT B

**Bisola O. Ojikutu MD MPH FIDSA**
**Curriculum Vitae**

**Date Prepared:**      November 1, 2021

**Office Address:**     1010 Massachusetts Avenue
                        Boston, MA
                        02118

**Work Phone:**         617-733-6754

**Cell Phone:**         917-287-2710

**Work Email:**         bojikutu@bphc.org

## Education

| | | | |
|---|---|---|---|
| 1991-1995 | A.B. (Honors) | Political Science, Pre-Med | Washington University, St. Louis, MO |
| 1995-1999 | M.D. | Medicine | Johns Hopkins University School of Medicine, Baltimore, MD |
| 2002-2003 | M.P.H | Health Policy and Management | Harvard T.H. Chan School of Public Health (HSPH), Boston, MA |

## Postdoctoral Training

| | | | |
|---|---|---|---|
| 06/1999-06/2002 | Intern/Resident | Internal Medicine | New York Presbyterian Hospital/Weill Cornell, New York, NY |
| 07/2002-07/2003 | Research Fellow | Commonwealth Fund Fellowship in Minority Health Policy | Harvard Medical School (HMS), Boston, MA |
| 07/2003-06/2006 | Clinical and Research Fellow | Infectious Diseases | Massachusetts General Hospital (MGH) / Brigham and Women's Hospital (BWH) Combined Program, Boston, MA |

## Faculty Academic Appointments

| | | | |
|---|---|---|---|
| 11/2005-09/2008 | Instructor | Medicine | HMS |
| 10/2008-11/2009 | Assistant Professor | Medicine | HMS |
| 11/2009-08/2014 | Assistant Clinical Professor | Medicine | HMS |
| 9/2014-10/31/21 | Assistant Professor | Medicine | HMS |

1

—

| 11/2018-10/31/21 | Assistant Professor | Global Health and Social Medicine | HMS |
| 11/2021- | Associate Professor (part-time) | Medicine | HMS |

## Appointments at Hospitals/Affiliated Institutions

| 06/2006-06/2007 | Clinical Assistant | Medicine | MGH |
| 06/2007-04/2011 | Assistant | Medicine | MGH |
| 04/2011-10/2014 | Clinical Associate | Medicine | MGH |
| 11/2014- | Clinical Affiliate | Medicine | MGH |
| 10/2014- | Associate Physician | Medicine | BWH |
| 10/2015- | Adjunct Faculty | Medicine | The Fenway Institute (TFI), Boston, MA |

## Other Professional Positions

| 1997-1998 | Advocacy Fellow | Association of Community Organizations for Reform Now St. Louis, MO |
| 1999 | Health Policy Fellow | Office of Congressman Elijah E. Cummings, Capitol Hill Office Washington, DC |
| 2002-2003 | Health Policy Consultant | Massachusetts Department of Public Health, HIV / AIDS Unit Boston, MA |
| 2003-2004 | Consultant | Antiretroviral Roll-Out Task Team KwaZulu Natal Department of Health KwaZulu Natal, South Africa |
| 2004-2006 | Advisor | Physicians for Human Rights Health Action AIDS Advisory Board Boston, MA |
| 2006 | Consultant | World Health Organization Treat, Train and Retain Campaign Geneva, Switzerland |
| 2009-2014 | Senior Advisor | John Snow Research and Training Institute Boston, MA |
| 2009-2014 | Consultant | Massachusetts Department of Public Health Boston, MA |
| 2009-2018 | Clinical Advisor, HIV Prevention Capacity Building and Assistance Project (CBA) | Centers for Disease Control and Prevention (CDC) Atlanta, GA |
| 2010-2019 | Faculty Advisor | Multicultural AIDS Coalition (MAC) Boston, MA |
| 2011-2012 | Clinical Advisor, Prevention with | CDC Atlanta, GA |

| | | | |
|---|---|---|---|
| | Positives Program (HIV Technical Assistance) | | |
| 2012-2014 | Clinical Advisor, Access, Care and Engagement (ACE) Technical Assistance Center | HIV/AIDS Bureau, Health Resource & Services Administration (HRSA) Washington DC | |
| 2013-2016 | Board of Advisors Member | AIDS Action Committee (AAC) Boston, MA | |
| 2018-2020 | Clinical Advisor, Best Practices HIV Care and Treatment Strategies and Interventions Working Group | HIV/AIDS Bureau, HRSA | |
| 2018-2020 | Clinical Advisor | National AIDS Education and Training Center, Evaluation Team Boston, MA | |
| 2019-2021 | Board of Trustees Member | John Snow Research and Training Institute | |
| 2020-2021 | Consultant | RAND Corporation Santa Monica, CA | |
| 2020- | Board Member | Alliance Charitable Foundation Boston, MA | .5 hr per week |
| 2020- | Faculty Advisor | The National LGBTQIA Health Education Center (TFI) | .5 hr per week |
| 2021- | Board Member | Massachusetts Health Council | .1 hr per week |
| 2021- | Executive Director | Boston Public Health Commission, Boston, MA | 32 hr per week |

## Major Administrative Leadership Positions

**Local**

| | | |
|---|---|---|
| 2005-2008 | Director, South African HIV/AIDS Programs, Division of AIDS | HMS |
| 2006 | Chairperson, International HIV/AIDS Conference | HMS |
| 2006-2009 | Director, Summer Research Internship for Harvard Undergraduate Students | Harvard Initiative on Global Health |
| 2006-2012 | International Program Director, Doris Duke Fellowship for Medical Students | HMS |
| 2008-2009 | Director, Office of International Programs, Division of AIDS | HMS |
| 2009-2010 | Clinical Director, Peer Navigation Program for HIV-positive women | MGH and AAC |
| 2011-2013 | Vice-Chairman of the Board | AAC, Fenway Health |
| 2015-2016 | Co-Director, Scientific Working Group on Health Equity | Harvard University Center for AIDS Research (CFAR), Cambridge, MA |
| 2017-2021 | Director, Community Engaged Research Program | CFAR |
| 2017-2021 | Founding Member, Tulumbe! Partnership for African Immigrants and HIV | BWH |
| 2018-2021 | Associate Director, Bio-Behavioral and Community Science Core | CFAR |
| 2019-2021 | | CFAR |

|  | Faculty Director, Community Advisory Board |  |
| 2020- | Course Director, AI Health (African Immigrant Health) ECHO Online Community of Practice Program | CFAR, MAC |

**National**

| 2007 | Course Director, HIV Lecture Series | Howard Hughes Medical Institute, Chevy Chase, MD |
| 2007-2008 | Course Director, Optimizing Care for Minority Women with HIV/AIDS | John Hopkins University and Advanced Studies in Medicine Baltimore, MD |
| 2010 | Course Director, Enhancing Care and Treatment for Minority Individuals Living with HIV/AIDS | John Hopkins University and Advanced Studies in Medicine |
| 2010 | Course Director, HIV Journal Club, Overcoming Challenges to Accessing and Adhering to Care in Minority Patients Living with HIV | Johns Hopkins University and Advanced Studies in Medicine |
| 2012- | Vice-Chairman of the Board | HealthHIV Washington DC |

**International**

| 2005 | Course Director, HIV Care and Treatment Course | McCord Hospital Durban, South Africa |
| 2006-2007 | Project Director, President's Emergency Plan for AIDS Relief Training Program | Broadreach Healthcare Johannesburg, South Africa |
| 2006-2009 | Founding Director, Umndeni "Family" Care Program- increase access to point of care HIV testing | Valley Trust KwaZulu Natal, South Africa |
| 2009-2014 | Clinical Director and Technical Lead Adult, Pediatric and PMTCT Treatment Programming, AIDSTAR-One (USAID) | JSI International Multiple sites in sub-Saharan Africa |
| 2015-2018 | Clinical Director and Technical Lead Adult and Adolescent Treatment Programming, AIDS Free (USAID) | JSI International Multiple sites in sub-Saharan Africa |

## Committee Service

**Local**

| 2000-2001 | Center for Special Studies, Global Access to Antiretroviral Therapy Committee | New York Presbyterian Hospital Resident Committee Leader |
| 2006-2009 | HIV Executive Committee | MGH |
| 2006-2010 | Internship Selection Committee | MGH |
| 2017-2021 | Internship Selection Committee | BWH |
| 2018 -2021 | Steering Committee, Clinical Core | CFAR |
| 2019-2021 | Diversity, Equity and Inclusion (DEI) Committee, Division of Infectious Diseases | MGH Chair |
| 2019-2021 | Health Equity Committee, Department of Medicine | BWH Co-Chair, Research Sub-Committee |
| 2020-2021 | DEI Committee, Division of Infectious Diseases | BWH |
| 2021 | Vaccine Equity Response Team | BWH |
| 2021 | Global Vaccine Equity Working Group | Harvard Global Health Institute, Ariadne Labs, CFAR Co-Chair |

**Regional**

| | | |
|---|---|---|
| 2016-2018 | Getting to Zero Statewide Campaign Comprehensive Care Committee | Massachusetts Department of Health, TFI, and AAC Co-Chair, Comprehensive Care Committee |
| 2019- | Ending the Epidemic Steering Committee | Massachusetts Department of Public Health |

**National**

| | | |
|---|---|---|
| 2007-2011 | Advisory Committee | National Minority AIDS Education and Training Center |
| 2010 | National AIDS Strategy Advisory Committee | National AIDS Fund |
| 2016-2018 | Advisory Committee | Patients Centers Outcomes Research (PCORI) African Immigrants Engagement Program |
| 2017 | HIV Advisory Committee | Medscape |

**International**

| | | |
|---|---|---|
| 2009-2014 | Antiretroviral Therapy Treatment Working Group (TWG) | President's Emergency Plan for AIDS Relief (PEPFAR) |
| 2021- | Scientific Expert Board | Virology Education |

**Professional Societies**

| | | |
|---|---|---|
| 1997-1998 | Student National Medical Association 1997-1998 | Member Chapter President National Legislative Affairs Chairperson |
| 2004- | International AIDS Society | Member |
| 2004- | Infectious Disease Society of America | Member |
| 2006-2008 | American Academy of HIV Medicine 2006-2008 | Member Member, Caucus of Leading HIV/AIDS Providers in Black Communities |
| 2009- | Massachusetts Medical Society 2014-2016 2014-present 2018-present 2019-present 2020-present | Member Member, Global Health Committee Member, Diversity Committee Member, Committee on Public Health (CPH) Member, Minority Affairs Committee CPH Representative to the MMS Strategic Planning Committee |
| 2010- | Massachusetts Infectious Disease Society | Member |
| 2015- | American Public Health Association 2015-present 2015-present | Member Member, Section on HIV/AIDS Member, International Health |
| 2017- | Massachusetts Public Health Association | Member |
| 2020- | American Medical Women's Association (AMWA) 2020-present | Member Member, Public Policy and Advocacy Committee |

**Grant Review Activities**

| | | |
|---|---|---|
| 2006 | Women's Interagency HIV Study (WIHS) IV | National Institutes of Health |

| | U01 Limited Competition | (NIH) |
| 2016 | CFAR Developmental Award Review | CFAR |
| 2016 | U01 Behavioral Interventions to Prevent HIV in Diverse Adolescent MSM RFA-MD-15-012 Special Emphasis Panel | National Institute of Mental Health (NIMH) |
| 2018 | Review Meeting ZMD1 DRI O1 R13, K08, K99, K23 | National Institute Minority Health Disparities (NIMHD) |
| 2020 | Health Equity Pilot Awards | Department of Medicine, BWH |

## Editorial Activities

### *Ad hoc* Reviewer
AIDS Care
AIDS Patient Care and STDs
American Journal of Public Health
Annals of Epidemiology
BMC Pediatrics
Journal of Acquired Immune Deficiency Syndromes
Journal of Health Care for the Poor and Underserved
PLOS One
Public Health Reports
Sexually Transmitted Infections

### Other Editorial Roles

| 2007 | Guest Editor | Journal of Infectious Diseases |
| 2018- | Academic Editor | PLoS One |

### Book/Textbook Editorial Roles

| 2009 | Stone VE, **Ojikutu BO**, Rawlings MK, Smith KY, editors. | HIV/AIDS in US: Communities of Color. 1st edition. New York, NY: Springer; 2009. Co-editor. |
| 2020 | **Ojikutu BO**, Stone VE, editors. | HIV/AIDS in US: Communities of Color. 2nd edition. New York, NY: Springer; 2020. Co-editor. |

## Honors and Prizes

| 1993 | Harriet S. Kluver Scholar Award | Washington University |
| 1995 | Ralph Bunche Scholar Award | Washington University |
| 1995 | Pi Sigma Alpha | National Political Science Honor Society |
| 1995 | Phi Beta Kappa | National Honor Society |
| 1996 | Monumental City Medical Society Award for Academic Excellence | Johns Hopkins University School of Medicine |

6

| 2002 | Charles Uribe Award for Service to Underserved Communities | New York Presbyterian Hospital | Contributions to underserved communities |
| 2006 | Clinician-Teacher Minority Faculty Development Award | MGH | |
| 2007 | IDEAS Boston Honoree | UMass Boston | Selected among leaders in Boston |

## Report of Funded and Unfunded Projects

**Past**

2006-2007
Evaluation of a Novel HIV Prevention Program
CFAR / NIH P30 AI060354
Co-investigator (PI: Charles Deutsch PhD)
The major goal of the study was to evaluate a novel HIV prevention program for adolescents in South Africa.

2006-2010
Overcoming Barriers to Accessing HIV Care in Kwa-Zulu Natal, South Africa
Massachusetts General Hospital Clinician-Teacher Development Award
PI
The major goal of the study was to support the evaluation of the Umndeni Care Program, a community-based initiative to improve access to HIV care in South Africa.

2007-2010
Umndeni Care Program, Exploring Barriers in Access to Care
The Gilead Foundation
PI
The major goal of the study was to support the evaluation of the Umndeni Care Program, a community-based initiative to improve access to HIV care in South Africa.

2007-2012
Doris Duke Research Fellowship for Medical Students
Doris Duke Charitable Foundation
Co-investigator (PI: Ravi Thadhani MD)
The major goal of the grant was to provide research opportunities and mentorship to medical students who are interested in clinical and operational research.

2010-2011
Barriers to HIV Testing in Minority Populations in Massachusetts
CFAR / NIH P30 AI060354
PI
The major goal of the study was to determine the barriers to accessing HIV testing in black immigrant and African-American populations in Massachusetts.

2010-2014
AIDS Support and Technical Assistance Resources (AIDSTAR-One) Project
United States Agency for International Development GHH-I-00-0700059-00
Consultant (PI: Andrew Fullem)
The goal of this grant was to conduct health systems research and provide technical assistance to countries funded through PEPFAR to provide HIV care, treatment, and prevention services.

2011-2012
Interdisciplinary Care Models for the Delivery of HIV / AIDS Care and Treatment among Ryan White HIV / AIDS Program Grantees
HRSA
Co-PI (Co-PI: Jeremy Holman PhD)
The goal of this grant was to evaluate models of multidisciplinary care for people living with HIV in the United States.

| | |
|---|---|
| 2011-2012 | Training and TA for Prevention with Positives: development of implementation, training and promotional materials for HIV medication adherence strategies<br>CDC<br>Co-investigator (PI: Janet Van Ness)<br>The goal of this grant was to provide training and TA to providers of HIV care on evidence based adherence strategies and methods. |
| 2012-2019 | Doris Duke International Research Fellowship for Medical Students<br>Doris Duke Charitable Foundation<br>Co-PI (Co-PI: Louis Ivers)<br>The major goal of the grant was to provide research opportunities and mentorship to medical students who are interested in operational and clinical research on HIV and related infectious diseases. |
| 2013-2014 | National Survey on HIV in Black America<br>CFAR / NIH P30 AI060354<br>MPI (MPI: Laura Bogart PhD)<br>The goal of the study was to determine the drivers of HIV infection in high risk populations in black/African-Americans. |
| 2013-2014 | Sub Saharan African Women living with HIV and Depression<br>William F. Milton Fund, Harvard University<br>PI<br>The goal of this grant was to qualitatively explore the relationships among selected variables (stigma, disclosure, social withdrawal) and depression in sub Saharan African immigrant women living with HIV in Massachusetts and New York. |
| 2013-2016 | Affordable Care Act Enrollment Technical Assistance Center<br>HRSA<br>Co-PI (Co-PI: Stewart Landers JD)<br>The goal of this grant was to provide technical assistance to jurisdictions around the country who are enrolling people living with HIV in new health insurance options under the Affordable Care Act. |
| 2014-2015 | Community Cultural Norms, Stigma and Disclosure to Sexual Partners among Women Living with HIV in Thailand, Brazil and Zambia (HPTN 063)<br>HIV Prevention Trials Network (HPTN), UM1AI068619<br>PI<br>The goal of this study was to determine the predictors of disclosure among HIV infected women living in Zambia, Brazil, and Thailand. |
| 2014-2015 | Structural Factors Promoting HIV/STI Risk in Black Adolescents<br>NIH Adolescent Trials Network, Diversity Supplement U01HD068040-05<br>Co-Investigator (PI: Kenneth Mayer MD)<br>The goal of this study was to use geospatial analysis to determine the impact of environmental factors, such as crime, poverty and homophobia on Black adolescents. |
| 2016-2017 | Predictors of Pre-exposure Prophylaxis Use among Black Individuals in the US<br>Health Disparities Pilot Research Award<br>Harvard Catalyst<br>PI<br>The goal of this grant was to support biostatistical services to complete data analysis for the National Survey of HIV in the Black Community. |

8

2015-2021    Identifying Environmental Factors Promoting HIV/STI Risk in Black Adolescents and Young Adults
NIH/NIMH K23 Career Development Award
PI ($847,779)
The goal of this study is to develop the research skills to conduct geospatial analysis to determine the relationships between structural factors, such as crime, violence, and poverty and sexual transmission risk.

2018-2021    Ryan White HIV/AIDS Program Regional AIDS Education and Training Centers Evaluation of Core Training and Minority SIDS Initiative Activities
HRSA HHSH25034002T
Co-Investigator (PI: Michele Clark DrPH/JSI)
The specific aims of this project are to evaluate the efficacy of HIV health care provider (doctors, nurse practitioners, physician assistants) training focused on PrEP and antiretroviral therapy through the Minority AIDS Initiative and the AIDS Education and Training Centers.

2018-2021    Ryan White HIV/AIDS Program (RWHAP): Best Practice Strategies and Interventions
HRSA HHSH25034003T
Clinical Advisor (PI: Julie Hook MPH/JSI)
The specific aims of this project are to systematically identify evaluate and document existing best practice strategies and interventions that have been shown to improve HIV outcomes along the HIV care continuum.

2020-2021    Prostate Cancer Treatment Disparities Qualitative Study
Massachusetts Department of Public Health
Clinical Advisor (PI: Stewart Landers JD)
The primary objective of this study is to explore perceptions of Black-White disparities in prostate cancer treatment outcomes, including medical mistrust and patient-preferences regarding treatment.

2020-2021    Overcoming Structural Challenges to PrEP Access at Brigham and Women's Hospital
BWH Department of Medicine Health Equity Pilot Award
PI ($40,000)
The primary objective of this study is to determine the rate of PrEP prescription and missed opportunities for PrEP initiation within the BWH system and to develop a comprehensive plan to increase PrEP prescription to at-risk patients.

2020-2021    Stakeholder Partnership to Address COVID-19 Vaccine Hesitancy among Black Americans
RAND Corporation
Co-Investigator (PI: Lulu Dong PhD )
The goals of the study are to determine factors predicting vaccine hesitancy, mitigate its impact, and decrease COVID-19 inequities among Black Americans.

**Current**
2021-2022    Addressing Unmet PrEP Needs Among Diverse Black Women
CFAR/ NIH P30 AI060354
PI ($149,000)
The goals of the study are to determine the feasibility and acceptability of a mobile, venue-based, PrEP access community outreach intervention that will leverage an existing community based outreach effort.

2021-2023    A Qualitative Study to Explore Biomedical HIV Prevention Preferences Challenge and Facilitators among Diverse At-Risk Women Living in the United States

Merck Investigator Studies Program
PI ($365,000)
The primary objective of this study is to explore biomedical HIV prevention preferences challenges, and facilitators among at-risk women living in the US. The secondary objectives are to explore differences in preferences, challenges, and facilitators of biomedical HIV prevention uptake by geographic region of the country (South versus North), race, ethnicity, country of origin, and transmission risk factor and to utilize the qualitative data collected to develop a list of potential novel interventions to increase biomedical HIV prevention uptake among diverse at risk women.

2021-2023    PARTNER (Participant Approaches to Research Techniques that Nurture Engagement and Retention)
Merck Investigator Studies Program
Co-Investigator (PI: Carrie-Ann Gakumo PhD RN/ University of Massachusetts)
The specific aims of this formative evaluation study are: 1) To assess what Black people living with HIV understand about informed consent and assess their preferences related to the process, and 2) To develop a patient-centered tool and determine its acceptability and feasibility for use in the informed consent process in HIV clinical trials.

2021-2024    Comparative Effectiveness of Individual Versus Group-Level Interventions to Reduce HIV Risk among African Immigrant Women
Patient Centered Outcomes Research Institute (PCORI) Addressing Disparities
PI ($1,901,883)
The goals of this study are to culturally adapt tow HIV/STI prevention interventions and to determine their effectiveness in increasing condom use and uptake of pre-exposure prophylaxis in a randomized controlled trial.

2021-2024    Development of an Online Provider Intervention to Address Intersectional Stigma and Medical Mistrust in HIV Patients
NIH/National Institute on Drug Abuse RFA-DA-21-001
Co-I (PI: Lulu Dong PhD)
The goals of this study are to develop an online intervention for HIV care providers to address the impact of intersectional stigma, with particular focus on medical mistrust and conduct a pilot test of the intervention.

## Training Grants and Mentored Trainee Grants

2020-2021    Addressing Unmet HIV risk and Sexual Health Needs among African Immigrant Women
CFAR / NIH P30 AI060354
Mentor of Khady Diouf, MD MPH
The goals of this study are to culturally adapt an HIV prevention intervention for African immigrant women using a culturally engaged approach.

# Report of Local Teaching and Training

## Teaching of Students in Courses

### HMS/HSDM/DMS Courses

2009-2017    Doris Duke Medical Student Fellowship        HMS
Course                                                                2 1-hr lecture per year
3rd-4th year medical students

| 2021 | ANTHRO1826<br>Race and the Unequal Development of<br>Pharmaceuticals | HMS<br>1-hr lecture |
|---|---|---|

**Other Harvard University Courses**

| 2003 | Understanding Racial and Ethnic Disparities<br>in Health<br>Graduate students | HSPH<br>30-minute lecture |
|---|---|---|
| 2004 | Global Disparities in Health: Case Study<br>HIV/AIDS<br>Graduate students | HSPH<br>30-minute lecture |
| 2006-2007 | Seminar in Minority Health<br>Graduate students | HSPH<br>1-hour lecture per year |
| 2020 | Gen Ed1170<br>Confronting COVID Course | Harvard University<br>1-hour lecture |
| 2021 | Epi 255: Epidemiology of HIV<br>Ending the HIV Epidemic Among Women | HSPH<br>1-hour lecture |

## Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)

| 2003 | HIV/AIDS Care at an Urban Hospital in South<br>Africa<br>Internal medicine residents | MGH<br>1-hour lecture |
|---|---|---|
| 2004 | HIV and Coagulation Disorders<br>Infectious disease fellows, residents, and<br>medical students | MGH<br>30-minute lecture |
| 2004 | Survival Analysis of HIV+ Patients in South<br>Africa<br>Infectious disease fellows, residents, and<br>medical students | MGH<br>1-hour lecture |
| 2005 | Lymphoma and HIV<br>Infectious disease fellows, residents, and<br>medical students | MGH<br>30-minute lecture |
| 2005 | Centers for AIDS Research Symposium:<br>HIV/AIDS Care and Treatment: Orphans of<br>AIDS<br>Fellows, residents, medical students | MGH<br>1-hour lecture |
| 2006 | Centers for AIDS Research Symposium:<br>Women and HIV<br>Fellows, residents, medical students | MGH<br>1-hour lecture |
| 2006 | Predictors of Mortality in Patients Initiating<br>ART in Africa | MGH<br>1-hour lecture |

Infectious disease fellows, residents, medical students

| | | |
|---|---|---|
| 2019 | HIV Care and Treatment/Morning Report<br>Department of Medicine<br>Residents and medical students | BWH<br>1-hour seminar |
| 2019 | HIV Clinical Care and Treatment Update<br>Advocacy Fellowship<br>Fellows, medical students and trainees | TFI<br>30-minute lecture |
| 2020 | Ending the HIV Epidemic Domestically<br>Department of Medicine Health Equity Seminar<br>Fellows, residents, medical students | BWH<br>30-minute lecture |
| 2020 | HIV and the Domestic Epidemic<br>Department of Medicine-Global Health Series<br>Fellows, residents, medical students<br>*(postponed because of a Covid-19 meeting ban)* | Beth Israel Lahey Health, Boston, MA<br>1-hour seminar |
| 2020 | Structural Inequity and Infectious Diseases<br>Global Health Equity Residents | BWH<br>1-hour lecture |
| 2020- | Structural Inequity, Structural Racism and<br>Infectious Diseases<br>Infectious Disease Fellowship Core Curriculum | MGH/BWH<br>1-hour lecture per year |

## Clinical Supervisory and Training Responsibilities

| | | |
|---|---|---|
| 2008-2021 | Infectious Disease Outpatient Clinic Preceptor<br>Fellows, residents, and medical students | MGH<br>5 hours per week |
| 2014-2016 | Infectious Disease Inpatient Consult Attending<br>Fellows, residents, medical students | MGH<br>30 hours per week/4 weeks per year |
| 2018-2021 | Infectious Disease Inpatient Consult Attending<br>Fellows, residents, medical students | BWH<br>30 hours per week/4 weeks per year |
| 2021- | Infectious Disease Inpatient Consult Attending<br>Fellows, residents, medical students | BWH<br>30 hours per week/2 weeks per year |
| 2021- | Infectious Disease Outpatient Clinic Preceptor<br>Fellows, residents, and medical students | MGH<br>3 hours per week |

## Laboratory and Other Research Supervisory and Training Responsibilities

| | | |
|---|---|---|
| 2014- | Research supervision<br>Fellows and mentees | BWH<br>One-hour research team meeting per week; 1:1 supervision one hour per week |

## Formally Mentored Harvard Medical, Dental and Graduate Students
2007-2008    Jennifer Chen, HMS Class of 2009
Former Doris Duke Fellow. Project focused on reproductive care for HIV positive women in Botswana. Abstract and oral presentation at the Doris Duke Charitable Foundation

national Meeting. Currently Assistant Professor of Medicine, Department of Medicine, University of California San Francisco School of Medicine, San Francisco, CA.

2007-2008     Alex Herrera, HMS Class of 2009
Former Doris Duke Fellow. Project focused on multidrug resistant TB treatment tin South Africa. Presentation at the Doris Duke Charitable Foundation national meeting. Currently Assistant Professor of Medicine, Department of Hematology & Hematopoietic Cell Transplantation, City of Hope Comprehensive Cancer Center, Los Angeles, CA

2011-2012     Bushra Taha, HMS Class of 2013
Former Doris Duke Fellow. Project focused on improving perioperative outcomes for women undergoing Cesarean sections in Rwanda. Abstract and oral presentation at the Doris Duke Charitable Foundation national meeting. Currently Anesthesiologist at Brigham and Women's Hospital and Massachusetts General Hospitals in Boston, MA.

2014-2015     George Baison, HMS Class of 2017
Former Doris Duke Fellow. Project focused on surgical outcomes among patients who required transfer to referral hospitals in Rwanda. Final presentation at the Doris Duke Charitable Foundation national meeting. Currently General Surgery Fellow, Tufts University School of Medicine, Boston, MA.

2015-2016     Lenka Ilcisin, HMS Class of 2017
Former Doris Duke Fellow. Project focused on surgical volume and post-operative mortality rates. Final presentation at the Doris Duke Charitable Foundation national meeting. Currently Clinical Fellow in Surgery, BWH.

2017-2018     Rumbidzai Mushavi, HMS Class of 2019
Former Doris Duke Fellow. Project focused on water insecurity and mental health. Final presentation at the Doris Duke Charitable Foundation national meeting. Currently Clinical Fellow in Obstetrics, Gynecology and Reproductive Biology, BWH.

2018-         Parsa Erfani, HMS Class of 2021
Analyzing data from the National Survey on HIV in the Black Community, which will explore homophobia and transphobia and impact on Black MSM. Manuscript is under review at the *Journal of Homosexuality*.

2019-         Uzoeghelu Ugochukwu MBBS, CPH, MPH, Master of Medical Sciences in Clinical Investigation (MMSCI) Class of 2021
Research is focused on barriers to pre-exposure prophylaxis (PrEP) uptake among vulnerable populations. Manuscript is under review at the *Journal of Racial and Ethnic Disparities*. A second manuscript is currently being prepared.

## Other Mentored Trainees and Faculty

2009-2010     Ofole Mgbako, MD / Post-doctoral Fellow, HIV Center for Clinical and Behavioral Studies Columbia University School of Medicine, New York City, NY
*Career stage:* Harvard University undergraduate student. *Mentoring role:* primary mentor. *Accomplishments:* Mentored through the Harvard Institute for Global Health (HIGH) Summer Program. Worked in South Africa assessing sociocultural determinants of health among orphans; presented findings at the Harvard Institute for Global Health Summer Internship Forum.

2012-         Jowanna Malone MPH / PhD candidate, Johns Hopkins University School of Public Health
*Career stage:* Master's of Public Health Student *Mentoring role:* co-mentor. *Accomplishments:* Mentored through the Harvard Institute on Global Health summer program. Focused on HIV prevention among teens in the Boston area. Presented at the

13

university-wide end of summer meeting. She was also my research assistant in 2016 while completing graduate studies (MSc) at the Harvard School of Public Health. Abstract presented at the Society for Epidemiologic Research Meeting in 2018.

2016-2017    Yusuf Ransome, MPH, DrPH / Assistant Professor, Yale School of Public Health, New Haven, CT
*Career stage:* Yerby Postdoctoral Fellow, HSPH. *Mentoring role:* co-mentor.
*Accomplishments:* Analysis of the National Survey on HIV in the Black Community. Manuscript published in *BMC Public Health.*

2016-2017    Sharon Ron,MS / Public Health Planner II, Metropolitan Area Planning Council, Boston, MA
*Career stage:* doctoral candidate at Tufts University. *Mentoring role:* thesis advisor
*Accomplishments:* Completed thesis on spatial accessibility, socio-cultural determinants and HCV prevalence in Massachusetts.

2016- 2017   Brianne Mui, PhD / Post-Doctoral Research Fellow, Hinda and Arthur Marcus Institute for Aging Research, and Research Fellow in Medicine, Department of Medicine, Beth Israel Deaconess Medical Center
*Career stage:* doctoral student at Northeastern University. *Mentoring role:* thesis advisor.
*Accomplishments:* Completed a study characterizing HIV-infected nursing home patients. Published in the *Journal of the Association of Nurses in AIDS Care.*

2017-2018    Jon Galla, BA / Medical Student, George Washington University School of Medicine, Washington, DC
*Career stage:* Harvard University Undergraduate. *Mentoring role:* co-mentor.
*Accomplishments:* Mentored through the Summer Undergraduate Research in Global Health (SURGH) Fellowship Program. Project focused on community responses to the MA state HIV epidemic. Presented findings at the Harvard Global Institute for Health summer internship forum.

2017-2018    Donna Okoli, MD / Emergency Medicine Resident, Advocate Health Care, Chicago, IL
*Career stage:* medical student at Tufts University School of Medicine. *Mentoring role:* co-mentor. *Accomplishments:* Mentored through the National Medical Foundation's (NMF) Primary Care Leadership Program. Presentation at final summer NMF forum.

2018    Christine Archuleta, BA / Medical student, George Washington University School of Medicine, Washington, DC
*Career stage:*  medical student at George Washington University School of Medicine *Mentoring role:* co-mentor. *Accomplishments:* Mentored through the National Medical Foundation's (NMF) Primary Care Leadership Program. Presentation at final summer NMF forum.

2018    Xochitl Mendez, BA / Medical student, Arizona College of Osteopathic Medicine, Glendale, AZ
*Career stage:* medical student at Arizona College of Osteopathic Medicine *Mentoring role:* co-mentor. *Accomplishments:* Mentored through the National Medical Foundation's Primary Care Leadership Program. Presentation at final summer NMF forum.

2018-2019    Madina Agenor PhD/Assistant Professor of Race, Culture, and Society in the Department of Community Health at University
Manuscript addresses disparities in HIV testing by sexual orientation and race and ethnicity. Published in *LGBT Health.*

2019    Tamika McLean, MBS / Medical student, Frank H. Netter MD School of Medicine, Quinnipiac University, Hamden, CT

14

*Career stage:* medical student at Frank H. Netter School of Medicine *Mentoring role:* co-mentor. *Accomplishments:* Mentored through the National Medical Fellowship Program. Presentation at final summer NMF forum.

2019-    Khady Diouf, MD / Medical Director, Assistant Professor of Obstetrics and Gynecology, BWH
*Career stage:* Assistant Professor *Mentoring role:* primary mentor. *Accomplishments:* Study focused on HIV prevention and uptake of PrEP among African immigrant women. She has been awarded a Harvard Center for AIDS Research Developmental Award. Her research is ongoing.

2020-    Robert Bonacci MD MPH/ Epidemiologic Intelligence Service Officer, Centers for Disease Control and Prevention, Atlanta, GA
*Career stage:* post-doctoral fellow *Mentoring role:* co-mentor *Accomplishments:* Currently preparing a manuscript describing novel interventions to increase PrEP uptake supported by departments of public health.

2020-    Sonya Davey MD MPhil/Internal Medicine Resident, BWH
*Career stage:* resident *Mentoring role:* co-mentor. *Accomplishments:* Co-authored manuscript on testing inequity in Massachusetts. Conducting research on vaccine hesitancy in the Black community.

2020-    Jodian Pickney MD/Infectious Disease Fellow, MGH
*Career stage:* fellow *Mentoring role:* co-mentor. Accomplishments: T32 awarded

## Formal Teaching of Peers (e.g., CME and other continuing education courses)
*No presentations below were sponsored by outside entities.*

| | | |
|---|---|---|
| 2007 | Antiretroviral Therapy in the Developing World<br>Massachusetts General Hospital Infectious Disease Course<br>HMS | Single presentation<br>Boston, MA |
| 2009 | Antiretroviral Therapy Case Studies<br>Annual Workshop in Advanced Clinical Care<br>Harvard Center for AIDS Research<br>MGH | Single presentation<br>Durban, South Africa |
| 2019 | HIV in Marginalized Populations: Improving Outcomes<br>HIV: Contemporary issues in management<br>BIDMC, HMS | Single presentation<br>Boston, MA |
| 2020-21 | African Immigrant Health and HIV ECHO Course<br>Harvard University Center for AIDS Research | Four 1-hour lectures<br>Online CME |

## Local Invited Presentations
*No presentations below were sponsored by outside entities.*

2004    Global HIV/AIDS Care and Treatment/Lecture
Minority Faulty Development Annual Conference, HMS

2005    Racial and Ethnic Disparities in Health/Lecture
Minority Faculty Development Seminar
Office for Diversity, Inclusion and Community Partnership, HMS

| | |
|---|---|
| 2007 | Health Care System Building and Self-Sufficiency/Lecture<br>Harvard Business School-Africa Business Conference |
| 2008 | HIV/AIDS and Black Women in the US<br>Harvard CFAR Conference, MGH |
| 2009 | International Research Opportunities/Panelist<br>Division of AIDS, Office of International Programs, HMS |
| 2011 | Racial and Ethnic Disparities in HIV Prevalence and Outcomes<br>Infectious Disease Conference, MGH |
| 2013 | Racial and Ethnic Disparities in HIV Care and Treatment<br>Infectious Disease Conference, MGH |
| 2014 | Racial and Ethnic Disparities in Post Racial America/Grand Rounds<br>Department of Medicine, Mount Auburn Hospital, Cambridge, MA |
| 2015 | Access to Care for People Living with HIV/Lecture<br>HIV Online Provider Education (HOPE) Conference, MGH |
| 2016 | African Migration in the Western World and HIV/Grand Rounds<br>Department of Medicine, Division of Global Health Equity, BWH |
| 2016 | Mass Incarceration: The Impact of the Criminal Justice System on Onward HIV Transmission in the US South/Plenary speaker<br>National CFAR Symposium, Harvard University |
| 2016 | Getting to Zero in the Black Community in the US: Results from the National Survey on HIV in the Black Community (NSHBC)/Lecture (virtual)<br>CFAR |
| 2017 | Structural Determinants of HIV Risk/Lecture<br>CFAR Research in Progress, TFI |
| 2018 | Getting to Zero in Massachusetts: Non-US Born Black Individuals, HIV Risk and Assessing the Need for PrEP/Lecture<br>Harvard University Center for AIDS Research (CFAR) Research in Progress, BWH |
| 2018 | Getting to Zero in Massachusetts: Non-US Born Black Individuals, HIV Risk and PrEP/Lecture<br>Getting to Zero Annual HIV Conference, TFI |
| 2018 | Non-US Born Black Women and HIV/Lecture<br>HIV Innovations in Action Conference, TFI |
| 2018 | HIV Remembrance and LGBTQ Populations/Panelist<br>LGBT Student Interest Group, HMS |
| 2019 | Ending the HIV Epidemic: Local and National Perspectives/Grand Rounds<br>Charles Garabedian Honorary Lecture, Mount Auburn Hospital |
| 2019 | Women and HIV: Perspectives on Ending the Epidemic/Lecture<br>Infectious Disease Division, MGH |

| 2019 | Achieving Health Equity in the HIV Epidemic/Lecture<br>Department of Medicine, Division of Infectious Diseases, BWH |
|------|---|
| 2019 | Gender Equity and HIV Research at Harvard/Lecture<br>President's Emergency Plan for AIDS Relief Symposium, Harvard University |
| 2019 | HIV and Immigrant Populations/Panelist<br>Getting to Zero Fellowship Seminar, TFI |
| 2020 | African Immigrants and HIV/Lecture<br>Black History Month Keynote Presentation, MGH |
| 2020 | Black MSM and Medical Mistrust/Lecture (virtual)<br>National LGBT Health Education Center, TFI |
| 2020 | Structural Inequity and Infectious Diseases/Grand Rounds (virtual)<br>Center for Global Health, MGH |
| 2020 | COVID-19: Racial and Ethnic Disparities and Structural Racism/Grand Rounds (virtual)<br>Department of Medicine, HMS |
| 2020 | Structural Racism and COVID-19/Lecture (virtual)<br>COVID Here and Now (CHANT) Meeting, MGH |
| 2020 | Structural Racism and HIV/Lecture (virtual)<br>CFAR Research in Progress Meeting, TFI |
| 2020 | Health Equity and Racial Justice Summit/Lecture (virtual)<br>Department of Medicine/BWH |
| 2020 | Structural Inequity and the Prevention of Infectious Diseases/Lecture (virtual)<br>Inaugural Research Seminar Series<br>Department of Medicine, BWH |
| 2020 | Diversity and Equity in Clinical Research/Lecture (virtual)<br>Discover Brigham, BWH |
| 2020 | Health equity in COVID-19 vaccine research: Lessons from the past/Lecture (virtual)<br>Massachusetts Consortium on Pathogen Readiness, HMS |
| 2020 | Towards Equity in COVID-19 vaccine uptake<br>Massachusetts Consortium on Pathogen Readiness, HMS |
| 2020 | Building Trust in COVID-19 Vaccines in Communities of Color in the US (virtual)<br>HIV Online Provider Program (HOPE) Conference, MGH |
| 2021 | Recruiting for HIV Clinical Studies during COVID-19. Challenges and solutions. (virtual)<br>Harvard Center for AIDS Research, HU CFAR |
| 2021 | COVID-19 and LGBTQIA+ Populations (virtual)<br>National LGBTQIA+ Health Education Center<br>The Fenway Institute |
| 2021 | COVID-19 and Vaccines (virtual) |

National LGBTQIA+ Health Education Center
The Fenway Institute

| 2021 | The State of COVID-19 Vaccines (virtual)<br>Grand Rounds: COVID-19 Vaccines: Trust Plus Access Equals Equity<br>HMS |
|---|---|
| 2021 | Building Local Leadership Career Paths/panelist (virtual)<br>Underrepresented in Medicine Retreat<br>BWH Department of Medicine |
| 2021 | Black Immigrants and Vaccine Hesitancy (virtual)<br>Grand Rounds<br>Harvard CFAR |
| 2021 | Preparing and Planning for an Equitable Response to the Next Pandemic (virtual)<br>Seminar Series<br>HGIH |

## Report of Regional, National and International Invited Teaching and Presentations

### Invited Presentations and Courses
*Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified.*

**Regional**

| 2008 | HIV and the African-American Community/plenary talk<br>New England Regional Black Nurses Conference, Providence, RI |
|---|---|
| 2008 | HIV Clinical Case Conference/invited presentation<br>New England AIDS Education and Training Center (NEAETC), Providence, RI<br>CME offered by University of Massachusetts Medical School's Office of Continuing Medical Education |
| 2008 | International AIDS Society: HIV Treatment Update/invited presentation<br>NEAETC, Boston, MA<br>CME offered by University of Massachusetts Medical School's Office of Continuing Medical Education |
| 2009 | Disparities in HIV/AIDS: Where do we go from here?/invited presentation<br>NEAETC, Springfield, MA<br>CME offered by University of Massachusetts Medical School's Office of Continuing Medical Education |
| 2009 | Addressing HIV/AIDS: One Community at a Time/invited presentation<br>Amherst College, Amherst, MA |
| 2009 | HIV Management/invited presentation<br>Boston Public Health Commission, Boston, MA |
| 2009 | Ensuring Continuity of Care for People Living with HIV/invited presentation<br>NEAETC, Boston, MA<br>CME offered by University of Massachusetts Medical School's Office of Continuing Medical Education |

| 2010 | What We Do and Don't Know About HIV in 2010/invited presentation<br>John Snow Research and Training Center World AIDS Day, Boston, MA |
|------|---|
| 2010 | Disparities in HIV/AIDS Prevalence and Outcomes/invited presentation<br>Dartmouth-Hitchcock Medical Center, Lebanon, NH |
| 2010 | Racial and Ethnic Disparities in HIV Care and Treatment/invited presentation<br>New England AIDS Education and Training, Taunton, MA<br>CME offered by University of Massachusetts Medical School's Office of Continuing Medical Education |
| 2011 | Women and HIV: Perspectives on Risk/invited presentation<br>AIDS Project Rhode Island, Providence, RI |
| 2012 | Immigration and HIV: Does Nativity Matter?/invited presentation<br>Warren Alpert-Brown University School of Medicine, Providence, RI |
| 2012 | Racial and Ethnic Disparities in HIV Care and Treatment/invited presentation<br>NEAETC, Boston, MA<br>CME offered by University of Massachusetts Medical School's Office of Continuing Medical Education |
| 2013 | Disparities in HIV: Have We Made Any Progress?/invited presentation<br>NEAETC, Boston, MA<br>CME offered by University of Massachusetts Medical School's Office of Continuing Medical Education |
| 2013 | Linkage and Retention in HIV Care for Communities of Color/invited presentation<br>Minority AIDS Initiative, Concord, RI |
| 2014 | HIV and Hepatitis C Treatment: What's New?/invited presentation<br>John Snow Research and Training Institute, Boston, MA |
| 2017 | HIV Prevention, Care and Treatment Updates/invited presentation<br>John Snow Research and Training Institute, Boston, MA |
| 2018 | Structural Barriers to Getting to Zero in the US/invited presentation<br>Boston Health Care for the Homeless, Boston, MA |
| 2018 | 2018 Conference on Retroviruses and Opportunistic Infections Update/invited presentation<br>John Snow Research and Training Institute, Boston, MA |
| 2018 | Getting to Zero in the Domestic HIV Epidemic/invited presentation<br>Boston Public Health Commission Meeting, Boston, MA |
| 2018 | AIDS 2018 HIV Prevention Update/invited presentation<br>NEAETC Regional Meeting, Boston, MA<br>CME offered by University of Massachusetts Medical School's Office of Continuing Medical Education |
| 2019 | Women and HIV: Prevention, Care and Treatment Challenges/lecture<br>Tufts University School of Medicine, Boston, MA |
| 2019 | Pre-exposure Prophylaxis Research Updates/invited presentation |

Massachusetts League of Community Health Centers, Boston, MA

2019    HIV in Immigrant Populations/invited presentation
        National Alliance of State and Territorial AIDS Directors, Boston, MA

2019    Harvard Center for AIDS Research Initiatives/invited presentation
        Boston Public Health Commission Collaboration Meeting, Boston, MA

2020    Towards Health Equity in the Domestic HIV Epidemic/invited
        Massachusetts Infectious Disease Society, Boston, MA
        *This presentation was scheduled, but then postponed because of a Covid-19
        travel/meeting ban.*

2020    HIV Treatment Challenges among African Immigrants/Lecture
        African Immigrant Health ECHO Program (virtual)
        Multicultural AIDS Coalition, Boston, MA

2020    Perspectives on Stigma among African Immigrants Living with HIV/Lecture
        African Immigrant Health ECHO Program (virtual)
        Multicultural AIDS Coalition, Boston, MA

2020    African Immigrants: HIV-2, other STIs and PrEP/Lecture
        African Immigrant Health ECHO Program
        (virtual)

2020    Challenges to Achieving Health Equity in HIV: Lessons from CROI/invited presentation
        (virtual)
        NEAETC, Boston, MA
        CME offered by University of Massachusetts Medical School's Office of Continuing
        Medical Education

2020    Structural Racism and Infectious Diseases: Are there Sustainable Solutions?/invited
        presentation (virtual)
        NEAETC, Boston, MA
        CME offered by University of Massachusetts Medical School's Office of Continuing
        Medical Education

2020    Structural Inequity, Infectious Diseases and Sustainable Solutions/Grand Rounds (virtual)
        Department of Medicine, Dartmouth-Hitchcock Medical Center, Lebanon, NH

2020    COVID-19 Vaccine Readiness/panelist (virtual)
        Massachusetts League of Community Health Centers
        Boston, MA

2021    COVID-19 Vaccine Equity (virtual)
        Massachusetts State Legislative Testimony/panelist
        Boston, MA

**National**

2005    Women and HIV/AIDS/invited presentation
        Gilead Foundation, New York, NY

2005    HIV/AIDS and Health Research and Practice/invited presentation
        Black AIDS Institute (BAI) Healthcare Provider Conference, Los Angeles, CA

| 2005 | HIV/AIDS Treatment in South Africa/panel presentation<br>United Nations, New York, NY |
|------|---|
| 2006 | HIV and the Black Community/invited presentation<br>Black AIDS Institute (BAI) Healthcare Provider Conference, Washington, DC |
| 2007 | AIDS: The Evolution of an Epidemic/Lecture Series<br>National Video Series, Howard Hughes Medical Institute, Chevy Chase, MD |
| 2008 | The Impact of Ethnicity on HIV/AIDS Care/Lecture<br>National Minority AIDS and Education Training Center, Washington, DC |
| 2010 | Overcoming Challenges to Adhering to Care in HIV/Lecture<br>Advanced Studies in Medicine<br>New York, NY |
| 2010 | Addressing Adherence Challenges in HIV/Lecture<br>Advanced Studies in Medicine,<br>Miami, FL |
| 2012 | Emergency Planning for HIV Treatment/invited presentation<br>American Society of Tropical Medicine and Hygiene Conference, Atlanta, GA |
| 2012 | Integration of PMTCT and MNCH in Tanzania/invited presentation<br>Johns Snow Research and Training Institute Conference, Washington, DC |
| 2013 | Treatment, Viral Suppression and the Role of Community Based Organizations/Lecture<br>Centers for Disease Control and Prevention Meeting, Atlanta, GA<br>(virtual) |
| 2014 | Outcomes from the Ryan White HIV/AIDS Care Program/invited presentation<br>Health Resources and Services Administration, Rockville, MD |
| 2014 | Adolescents and HIV Treatment Outcomes/invited presentation<br>United States Agency on International Development (USAID), Washington, DC |
| 2014 | Adult and Pediatric Treatment: Findings from Melbourne/invited presentation<br>John Snow Research and Training Institute, Washington, DC |
| 2015 | Cultural Norms, Stigma, and HIV Status Disclosure among/invited presentation<br>Women living with HIV in Thailand, Brazil and Zambia, HIV Prevention Trials Network<br>Meeting, Washington, DC |
| 2015 | Care and Treatment Challenges among African Immigrants/Lecture<br>National AIDS Education and Training Center (virtual)<br>Boston, MA |
| 2016 | Mass Incarceration and Economic Inequality: The Impact of<br>The Criminal Justice System on HIV Prevalence in the US<br>Infectious Disease Society of America/IDWeek, New Orleans, LA |
| 2016 | Getting to Zero in the Black Community in the US: Results from the National Survey on<br>HIV in the Black Community (NSHBC)/Lecture (virtual)<br>CFAR |

2018        HIV in Immigrant Populations in the US/invited presentation
            National Medical Fellowships (virtual)

2018        Structural Determinants of Pre-Exposure Prophylaxis Use/invited presentation
            United States Conference on AIDS, Orlando, FL

2018        Pre-Exposure Prophylaxis for Primary Care Providers/Lecture
            Medscape, New York, NY (virtual)

2018        HIV Prevention Research and CROI 2018 Highlights
            Medscape
            New York City, NY(virtual)

2019        What Works in Youth HIV/invited presentation
            Department of Health and Human Services, Office of Adolescent Health
            Washington DC (virtual)

2019        HIV Prevention, Care and Treatment and Immigrants/invited presentation
            National Medical Fellowships
            New York City, NY (virtual)

2019        Childbearing and HIV
            Medscape
            New York City, NY (virtual)

2020        Ending the HIV Epidemic among Diverse Populations of Women
            Presidential Advisory Committee on HIV/AIDS
            Washington, DC

2020        African Immigrants and HIV/invited presentation/invited presentation
            Maryland Department of Health
            Baltimore, MD (virtual)

2020        The HIV Prevention Toolbox: Priorities for Patients and Providers/invited presentation
            Medscape
            New York City, NY (virtual)

2020        HIV and Aging Challenges/invited presentation
            National Synchronicity Conference
            Washington DC (virtual)

2020        Structural Racism and COVID-19/grand rounds
            Department of Public Health, Mount Sinai School of Medicine
            New York, NY (virtual)

2020        Structural Inequity, COVID-19 and Beyond/grand rounds
            Erie Community Health System
            Chicago, IL (virtual)

2020        Public Comment on Equity and COVID-19 Vaccines
            Vaccines and Related Biological Products Sub-Committee
            Food and Drug Administration (FDA)
            Washington DC (virtual)
            https://www.c-span.org/video/?507054-1/fda-holds-open-meeting-moderna-covid-19-
            vaccine-part-1&event=507054&playEvent

| 2021 | From Research to Policy and Practice: Ending the HIV Epidemic among Black women in the US<br>RAND Corporation<br>Santa Monica, CA (virtual) |
|------|------|
| 2021 | Black Lives in the Era of COVID-19: Pandemic Vulnerability to Vaccine Inequity<br>Columbia University<br>New York, NY (virtual) |
| 2021 | Loud and Clear? The Changing Role of Public Health and Policy<br>Yale Healthcare Conference<br>New Haven, CT (virtual) |
| 2021 | Structural Racism and Medical Mistrust<br>LGBT Workforce Conference<br>NY Presbyterian - Weill Cornell Medical Center<br>New York, NY (virtual) |
| 2021 | Mistrust and Vaccine Uptake<br>Center for AIDS Prevention Studies (CAPS) Seminar<br>University of California, San Francisco<br>San Francisco, CA (virtual) |

## International

| 2003 | Overview of HIV/AIDS Training Curriculum/invited presentation<br>National HIV/AIDS Department, Johannesburg, South Africa |
|------|------|
| 2004 | Antiretroviral Therapy Basics/Lecture<br>McCord Hospital, Durban, South Africa |
| 2004 | HIV Treatment 101/Lecture<br>Antiretroviral Therapy Roll-Out Conference, Eastern Cape, South Africa |
| 2004 | HIV Treatment Management/Lecture<br>Antiretroviral Therapy Roll-Out Team Meeting, Kwa-Zulu Natal, South Africa |
| 2004 | Harvard Initiatives in South Africa/invited presentation<br>Global AIDS Workshop, Hanoi, Vietnam |
| 2006 | Predictors of Mortality in Patients Initiating ART/Lecture<br>McCord Hospital. Durban, South Africa |
| 2010 | Emergency Planning for HIV Treatment Access in Uganda/invited presentation<br>XVIII International AIDS Society Meeting, Vienna, Austria |
| 2012 | Integration of PMTCT and MNCH in Tanzania/invited presentation<br>Tanzania Ministry of Health and United States Government Meeting, Dar es Salaam, Tanzania |
| 2017 | HIV in Women and PrEP- Updates from the International AIDS Society Meeting 2017/CME/Lecture<br>Medscape, Paris, France |

23

2021      Combating Misinformation and Disinformation and COVID-19 Vaccines: A Clinician's Perspective
Virology Education – Global Webinar (virtual)
Amsterdam, Netherlands

## Report of Clinical Activities and Innovations

### Current Licensure and Certification

2007, 2017    Board Certified, American Board of Internal Medicine, Infectious Diseases
2002, 2012    Board Certified, American Board of Internal Medicine

### Practice Activities

| | | | |
|---|---|---|---|
| 2008-2021 | Outpatient Clinic | Infectious Disease, MGH | 8 hours per week |
| 2014-2016 | Inpatient Attending | Infectious Disease, MGH | 60 hours per week/4 weeks per year |
| 2018-2021 | Inpatient Attending | Infectious Disease, BWH | 60 hours per week/4 weeks per year |
| 2021- | Inpatient Attending | Infectious Disease, BWH | 60 hours per week/2 weeks per year |
| 2021- | Outpatient Clinic | Infectious Disease, MGH | 5 hours per week |

### Clinical Innovations

Developed clinical programming to increase uptake of HIV prevention for African immigrant women (2017-2021 )

I developed an academic/community-based partnership with the Multicultural AIDS Coalition to improve clinical care for African women who have the highest HIV diagnosis of all Black individuals. The collaboration has led to a PCORI Addressing Disparities Award, which will determine the clinical effectiveness of two culturally adapted HIV prevention interventions in Boston and New York City. This is the largest clinical trial and the only known effort to design culturally and linguistically appropriate clinical programming for this high-risk group nationally. My work in this area has been presented nationally, most recently at the Presidential Advisory Committee on HIV/AIDS meeting in 2020.

Leadership in clinical care to overcome disparities (2010-2020)

Throughout my career, my goal has been to address racial and ethnic disparities through innovative care models and educational initiatives. As evidenced by numerous invitations to speak on this topic, I am a nationally recognized expert on HIV care for racial/ethnic minority populations. I have also effectively utilized community outreach and advocacy efforts to improve care for minorities and women with HIV. My academic writing examines and seeks to educate providers about these critically important issues at the intersection of medicine and policy. A highlight of my Clinical Innovation activities has been the development of clinical guidance for providers caring for people of color at risk for or living with HIV. I co-edited the first textbook to comprehensively address the unique needs of minority populations with Drs. Valerie E. Stone, M. Keith Rawlings, and Kimberly Y. Smith. I was invited by the publisher to co-edit a second edition, *HIV in US Communities of Color: Second Edition,* with Dr. Stone. The textbook received an overwhelmingly positive review by *The Lancet*

https://www.thelancet.com/journals/laninf/article/PIIS1473-3099(21)00088-8/fulltext?rss=yes

I also Chair the first Diversity, Equity and Inclusion Committee within Infectious Disease Associates at Massachusetts General Hospital, the goal of which is to improve patient satisfaction, engagement and retention in care among diverse patients enrolled in care within the clinic.

| | |
|---|---|
| Women's Peer Navigation Programming Massachusetts General Hospital, Infectious Disease Associates Clinic (2010-2012) | To improve retention in care and adherence to treatment I, along with Dr. Valerie Stone, developed a Peer Navigation Program for HIV positive women who are treated in the Infectious Disease Associates Clinic. The purpose of the program was to provide psychosocial support to at-risk female patients who we treat living with HIV and opportunistic infections. This effort was supported by AIDS Action Committee of Massachusetts and funded by Blue Cross/Blue Shield Foundation and led to an ongoing community-based peer support program at AAC. |

## Report of Teaching and Education Innovations

| | |
|---|---|
| Developed international medical research fellowship program for medical students (Doris Duke International Research Fellowship for Medical Students) (2017-2019) | I developed the pilot for the Doris Duke International Research Fellowship for Medical Students in 2007 to provide research opportunities globally to medical students throughout the country with Dr. Lisa Hirschhorn, Professor of Medicine, Northwestern School of Medicine. The program was adopted at 7 sites nationally beginning in 2008. This program existed at HMS from 2007 to 2019. |
| African Immigrant (AI) Health Online Curriculum (2019-2021) | I developed and co-directed an ECHO community or practice curriculum focused on African Immigrant Health with Chioma Nnaji Med MPH (Multicultural AIDS Coalition). Specific topics included pre-exposure prophylaxis, management of HIV-1 and HIV-2, adherence to antiretroviral therapy adherence, *Mycobacterium tuberculosis*, and other opportunistic infections. |

## Report of Education of Patients and Service to the Community

*Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified.*

**Activities**

| | |
|---|---|
| 1995-1999 | Johns Hopkins Medical School Mentor |
| | Mentor to underrepresented minority high school students in the Baltimore area |
| 1996 | Johns Hopkins Medical School Voter Registration Drive/Co-leader |
| 1997 | East Baltimore Community Health Fair/Co-leader |
| 2000-2002 | Harlem United/Patient Education Coordinator |
| | Developed HIV/HCV curriculum |
| 2007 | Women of Color Roundtable Community Organization/Invited Speaker |
| 2008 | AIDS Action Committee/Invited Presenter |
| | HIV and Racial and Ethnic Disparities |
| 2008 | Boston Arts Center Theatre/Panelist |
| | HIV and Women Globally |
| 2009 | Boston Neighborhood Network (BNN)/Presenter |
| | One World/One Epidemic |
| 2009 | Boston Public Health Commission/Invited Speaker |
| | HIV Care and Treatment |

25

| | |
|---|---|
| 2009 | AIDS Action Committee/Invited Speaker |
| | HIV in Massachusetts |
| 2009 | National Women and Girls Day/Invited Speaker |
| | HIV and Women |
| 2010 | Africa Kabisa Radio Station/Panelist |
| | Discussed HIV in the African community |
| 2011 | Multicultural AIDS Coalition/Invited Speaker |
| | Black women and dual diagnosis (HIV and mental health disorders) |
| 2012 | Multicultural AIDS Coalition/Invited Speaker |
| | Women and HIV |
| 2013 | Massachusetts State House Briefing/Invited Speaker |
| | HIV and Massachusetts: Update on Disparities in Care |
| 2015 | Massachusetts Department of Public Health/Invited Speaker |
| | National Women and Girls Day: HIV Prevention Update |
| 2015 | Cambridge State House Briefing /Invited Speaker |
| | Pre-Exposure Prophylaxis |
| 2016 | Community Leadership Meeting/Invited Speaker |
| | Updates on HIV among Black and Latino Individuals Living in the US |
| 2016 | The Massachusetts Department of Public Health/Invited Speaker |
| | National Women and Girl's Day |
| 2016 | Community Leadership Meeting/Invited Speaker |
| | Updates on HIV among Black and Latino Individuals Living in the US |
| 2016 | Justice Resource Institute, Boston GLASS (Gay and Lesbian Adolescent Social Services)/Lecture |
| | Pre-Exposure Prophylaxis for the Prevention of HIV in Adolescents and Young Adults |
| 2018 | Boston Public Health Commission/Invited Speaker |
| | Getting to Zero in the Domestic HIV Epidemic |
| 2018 | Bayard Rustin Civil Rights Celebration/Keynote Speaker |
| | Health Equity and HIV |
| 2018 | Black Ministerial Alliance/Keynote Speaker |
| | Addressing Challenges to Ending the HIV Epidemic in Communities of Color |
| 2019 | Boston Public Health Commission/Invited Speaker |
| | Harvard Center for AIDS Research Initiatives |
| 2019 | Harvard University Center for AIDS Research/Panelist |
| | World AIDS Day Event |
| 2019 | HIV, Research Mistrust and the Black Community |
| 2019 | AIDS Action Committee/ The Fenway Institute/Invited Speaker |
| | HIV Care and Treatment Update, Getting to Zero Fellowship |
| 2019 | AIDS Action Committee/ The Fenway Institute, Invited Speaker |
| | HIV and Immigrant Population, Getting to Zero Fellowship |
| 2019 | Harvard University Center for AIDS Research, Faculty Presentation |
| | HIV Prevention among African Immigrant Women: Research Overview |
| 2019 | Justice Resource Institute, Clinical Advisor |
| 2020 | HIV care and treatment during COVID-19/Invited Panelist |
| | Black AIDS Institute, Southern AIDS Coalition |
| 2020 | Conversations on COVID-19 with the Black Community/Invited Panelist |
| | Black AIDS Institute, Southern AIDS Coalition |
| 2020 | Race and Place: Is COVID-19 a Black Disease/Invited Panelist |
| | Black AIDS Institute, Southern AIDS Coalition |
| 2020 | Sex During COVID-19/Invited Panelist |
| | Black AIDS Institute, Southern AIDS Coalition |
| 2020 | Community Engagement and COVID-19/Invited Panelist |
| | Black AIDS Institute, Southern AIDS Coalition |
| 2020 | COVID-19 Vaccine Engagement Town Hall/Invited Panelist |
| | Black Boston COVID Coalition |

| 2021 | Post-COVID Syndrome and Disparities/Invited Panelist Alpha Kappa Alpha Regional Meeting |
| 2021 | Vaccine Confidence in the Black Community/Invited Panelist Brockton NAACP |
| 2021 | COVID Vaccine: A change of mind Roxbury Presbyterian Church |

## Educational Material for Patients and the Lay Community

### Curricula Developed for Non-Professional Students

| 1999 | Patient HIV/Hepatitis C Education Curriculum | Author | Harlem United Community Based Organization New York, NY |
| 2007 | AIDS: Evolution of an Epidemic | Co-Author | Howard Hughes Medical Institute |

### Patient Education Materials

| 2019 | SHERO Talks Web Series on Transgender Health | Co-Producer | Multicultural AIDS Coalition, Harvard Center for AIDS Research |
| 2020 | Conversations on COVID Web Series with the Black Community web series | Co-Developer and Clinical Expert | Harvard Center for AIDS Research, Black AIDS Institute (BAI), Southern AIDS Coalition |
| 2021 | Your COVID-19 Vaccine Questions Answered w/Harvard School of Public Health Professor, Dr. Bisola Ojikutu | Expert Interview | Harvard School of Public Health |
| 2021 | COVID-19 Information Series - https://protectedtogether.org/when-am-i-protected%3F | Expert Commentator | National Library of Medicine, Massachusetts Health Council, CVS Caremark |

### Articles in newspapers or magazines

| 2013 | HIV Testing Sites and Care Services Locator - A Tool for Clinicians | HIV.gov | https://www.hiv.gov/blog/hiv-testing-sites-and-care-services-locator-a-tool-for-clinicians |
| 2020 | Calling out Racism as the Root Cause of Health Disparities Must Be the New Status Quo | Medium.com | https://medium.com/@JSIhealth/calling-out-racism-as-the-root-cause-of-health-disparities-must-be-the-new-status-quo-edbce11a307c |
| 2020 | Covid-19 vaccine research must involve Black and Latinx participants. | STATNews.com Op-ed | https://www.statnews.com/2020/06/26/covid-19-vaccine-trials-must-include-black-and-latinx-participants/ |

27

Here are 4
ways to make
that happen

2020   A covid-19        *Washington*      https://www.washingtonpost.com/opinions/2020/07/26/covid-
       vaccine can      *Post* Op-ed       19-vaccine-can-ensure-better-outcomes-communities-color-
       ensure better                       lets-work-earn-their-trust/
       outcomes for
       communities of
       color. Let's work
       to earn their
       trust.

## Recognition

2009   Community Leadership        Women of Color Roundtable
       Award                       (organization of female leaders in advocacy and public health in
                                   Massachusetts)

2011   AIDS at 30: Hard Lessons    Harvard Public Health Review (Spring-Summer Issue)
       and Hope (Interview)        https://www.hsph.harvard.edu/news/magazine/aids-30-
                                   roundtable/

2012   World AIDS Day discussion   WGBH Radio
       (Interview)

2014   Hero in Action Award        AIDS Action Committee
                                   *Awarded for contributions in HIV/AIDS nationally and
                                   internationally*

2014   Conversations from AIDS     https://www.hiv.gov/blog/conversations-from-aids-2014-
       2014 (Interview)            practitioner-bisola-ojikutu-m-d-mph (July 25, 2014)

2015   State's steps to control HIV   Boston Globe
       seen as model for nation    https://www.bostonglobe.com/metro/2015/01/15/massachusetts-
       (Interview)                 residents-with-hiv-twice-likely-have-illness-under-
                                   control/4mhlp5hdBAthDyh4wckbZM/story.html
                                   (January 15, 2015)

2017   Community Hero Award        Action for Boston Community Development (ABCD)

2018   Vu Q&A: Dr. Bisola Ojikutu   AIDSVu
       on the Barriers to PrEP Use  https://aidsvu.org/ojikutu/
       Among African Americans
       (Interview)

2020   Encyclopedia.com Entry      https://www.encyclopedia.com/education/news-wires-white-
                                   papers-and-books/ojikutu-bisola

2020   The pandemic could result   Boston Magazine
       in a surge of HIV infections  https://www.bostonmagazine.com/health/2020/07/09/hiv-
       in Boston (Interview)       infection-surge-coronavirus/ (July 9, 2020)

2020    Racial disparities and         BBC World News
        ensuring access to COVID-
        19 vaccines (Interview)

2020    Experts worry that a           USA Today
        COVID-19 vaccine won't         https://www.usatoday.com/story/news/health/2020/08/13/covid-
        help if not enough people      vaccine-hesitancy-ending-coronavirus-pandemic/5529638002/
        are willing to get it          (August 13, 2020)
        (Interview)

2020    Why should we trust you?'      Boston Globe
        Black Americans, hardest       https://www.bostonglobe.com/2020/08/18/nation/why-should-
        hit by COVID-19, are most      we-trust-you-black-americans-hardest-hit-by-covid-19-are-most-
        skeptical of potential         skeptical-potential-vaccines/
        vaccines (Interview)           (August 18, 2020)

2020    In vaccine trial, researchers  WGBH
        struggle to ensure diversity   https://www.wgbh.org/news/local-news/2020/09/07/in-vaccine-
        of study subjects (Interview)  trial-researchers-struggle-to-ensure-diversity-of-study-subjects
                                       (September 7, 2020)

2020    GWU's covid-19 clinical trial  Washington Post
        has met one early goal —       https://www.washingtonpost.com/local/blacks-covid-clinical-
        getting Black and Latino       trial/2020/09/11/4c5d5ed8-f484-11ea-b796-
        people to join                 2dd09962649c_story.html
        (Interview)                    (September 13, 2020)

                                       Philadelphia Inquirer
                                       https://www.inquirer.com/health/coronavirus/vaccine-trials-call-
                                       black-latino-people-20200913.html
                                       (September 13, 2020)

2020    'There's a big obstacle        Boston Globe
        looming for coronavirus        https://www.bostonglobe.com/2020/11/28/nation/theres-big-
        vaccines — a strong            obstacle-looming-coronavirus-vaccines-stronger-antivaccine-
        antivaccine                    movement/
        movement(interview)            (November 28, 2020)

2020    Long-lasting shots work        Science News
        better than daily pills to     https://www.sciencenews.org/article/hiv-prevention-women-
        prevent HIV in at-risk         prep-truvada-pill-shot
        women (interview)              (December 1, 2020)

2020    Battered by COVID but          https://www.pbs.org/newshour/show/battered-by-covid-19-but-
        skeptical of vaccinations      skeptical-of-vaccinations
        (interview)                    (December 17,2020)

2020    FDA advisory panel votes to    Boston Globe
        recommend Moderna              https://www.bostonglobe.com/2020/12/17/metro/fda-advisory-
        vaccine for emergency use      panel-considers-moderna-vaccine-covid-19/
        (interview)                    (December 17, 2020)

2020    Vaccinating Black              https://www.propublica.org/article/vaccinating-black-americans
        Americans is essential. Key    (December 18, 2020)

|  | states aren't doing the work to combat hesitancy (interview) | Rolling Stone<br>https://www.rollingstone.com/culture/culture-news/covid-vaccine-black-americans-1107657/<br>(December 24, 2020) |
|---|---|---|
| 2021 | In Suffolk County, Black and Latino residents face stark disparities in vaccine access(interview) | Boston Globe<br>https://www.bostonglobe.com/2021/01/23/nation/suffolk-county-black-latino-residents-face-stark-disparities-vaccine-access/<br>(January 23, 2021) |
| 2021 | CityLine: Views on the Covid-19 vaccine (interview) | WCVB<br>https://www.wcvb.com/article/cityline-sunday-jan-24-2021-views-on-the-covid-19-vaccine/35280653#<br>(January 24, 2021) |
| 2021 | Public Health Commissioner Addresses Equity Concerns in Vaccine Plan (interview) | National Public Radio (NPR): Connecticut<br>https://www.wnpr.org/post/public-health-commissioner-addresses-equity-concerns-vaccine-plan<br>(February 25, 2021) |
| 2021 | Testimony to: Legislative Hearing: Joint Committee on COVID-19 and Emergency Preparedness and Management (testimony) | NBCBoston<br>https://www.nbcboston.com/news/local/baker-head-of-mass-vaccine-site-to-testify-first-in-covid-vaccine-rollout-hearing/2311967/<br><br>Boston Herald<br>https://www.bostonherald.com/2021/02/25/live-charlie-baker-prepmod-creator-testify-on-massachusetts-coronavirus-vaccine-rollout/<br>(February 25, 2021) |
| 2021 | Democrats Aggressively Grill Baker On COVID Vaccine Rollout (interview) | WGBH<br>https://www.wgbh.org/news/local-news/2021/02/25/democrats-aggressively-grill-baker-on-covid-vaccine-rollout<br>(February 25, 2021) |
| 2021 | Deploying to a Hesitant Community Near You: "Trusted Messengers" (interview) | WGBH<br>https://www.wgbh.org/news/local-news/2021/03/04/deploying-to-a-hesitant-community-near-you-trusted-messengers<br>(March 4, 2021) |
| 2021 | The Coronavirus Exposes America's Public Health Crisis: Racism (interview) | WGBH<br>https://forum-network.org/lectures/coronavirus-exposes-americas-public-health-crisis-racism/<br>(February 10, 2021) |
| 2021 | Harvard's Hospitals Have the Covid-19 Vaccines. Distributing Them Equitably Has Been Complicated. (interview) | Harvard Crimson<br>https://www.thecrimson.com/article/2021/3/10/covid-vaccine-distribution-equity/<br>(March 8, 2021) |
| 2021 | Study identifies COVID-19 vaccine inequity in Massachusetts (interview) | News-Medical.Net<br>https://www.news-medical.net/news/20210419/Study-identifies-COVID-19-vaccine-inequity-in-Massachusetts.aspx |

30

| | | (April 19, 2021) |
|---|---|---|
| 2021 | In COVID Vaccine Data LBTQ People Fear Invisibility (interview) | New York Times https://www.nytimes.com/2021/05/07/health/coronavirus-lgbtq.html (May 7, 2021) |
| 2021 | Rebuilding trust in healthcare among communities of color (interview) | Boston Globe https://rebuildingtrustinhealthcare.splashthat.com (May 20, 2021) |
| 2021 | Building trust in COVID-19 vaccines in communities of color through community investment (interview) | Social Impact Review https://sir.advancedleadership.harvard.edu/news/building-trust-covid-19-vaccines-communities-color-through-community-investment (June 2, 2021) |
| 2021 | Boston Public Health Commission appoints new executive director (interview) | Boston Herald https://www.bostonherald.com/2021/07/02/boston-public-health-commission-appoints-new-executive-director/ (July 2, 2021) |
| 2021 | Janey rolls out ban on evictions (interview) | The Bay State Banner https://www.baystatebanner.com/2021/09/09/janey-rolls-out-ban-on-evictions/ (September 9, 2021) |
| 2021 | Mayor-elect Michelle Wu names first Cabinet appointees, with focus on Mass. and Cass (interview) | Boston Globe https://www.bostonglobe.com/2021/11/10/metro/mayor-elect-michelle-wu-names-first-cabinet-appointees/ (November 10, 2021) |

## Report of Scholarship

### Research investigations

1. Lee BS, Holliday S, **Ojikutu BO**. Osteoclasts express the B2 isoform of vacuolar H+-ATPase Intracellularly and on their plasma membranes. Am J Physiol.1996;270:C382-8.

2. **Ojikutu BO**, Zheng H, Walensky R, Lu Z, Losina E, Giddy J, Freedberg K. Predictors of mortality in patients initiating antiretroviral therapy in Durban, South Africa. S Afr Med J. 2008;98(3):204-8.

3. International HIV Controllers Study, Pereyra F…**Ojikutu BO** (244 of 339)… Zhao M. The major genetic determinants of HIV-1 control affect HA class I peptide presentation. Science. 2010;330(6010):1551-7.

4. **Ojikutu BO**, Nnaji C, Sithole-Berk J, Higgins-Biddle M, Schneider K, Cranston K, Earls F. All Black people are not alike: differences in HIV testing patterns, knowledge, and experience of Stigma between US born and non-US born blacks in Massachusetts. AIDS Pt Care STDs. 2013

31

Jan; 27(1):45-54.

5. **Ojikutu BO**, Holman J, Kunches L, Landers S, Perlmutter D, Ward M, Fant G, Hirschhorn L. Interdisciplinary HIV care in a changing healthcare environment in the USA. AIDS Care. 2014; 26(6):731-5.

6. **Ojikutu BO**, Nnaji C, Sithole J, Bogart L, Gona P. Barriers to HIV testing in black immigrants to the US. J Health Care Poor Underserved. 2014 Aug;25(3):1052-66.

7. **Ojikutu B**, Higgins-Biddle M, Greeson D, Phelps BR, Amzel A, Okechukwu E, Kolapo U, Cabral H, Cooper E, Hirschhorn LR. The association between quality of HIV care, loss to follow-up and mortality in pediatric and adolescent patients receiving antiretroviral therapy in Nigeria. PLOS One. 2014;9(7):e100039.

8. Makadzange AT, Higgins-Biddle M, Chimukangara B, Birri R, Gordon M, Mahlanza T, McHugh G,Van Dijk JH, Bwakura-Danarembizi M, Ndung'u T Masimirembwa C, Phelps B, Amzel A, **Ojikutu BO**, Walker BD, Ndhlovu CE. Clinical, virologic, immunologic outcomes and emerging HIV drug resistance patterns in children and adolescents in public ART care in Zimbabwe. PLOS One. 2015 Dec 14;10(12):e0144057.

9. **Ojikutu BO**, Pathak S, Srithanaviboonchai K, Limbada M, Friedman R, Li S, Mimiaga MJ, Mayer KH, Safren SA; HIV Prevention Trials Network 063 Team. Community Cultural Norms, Stigma and Disclosure to Sexual Partners among Women Living with HIV in Thailand, Brazil and Zambia (HPTN 063).PLOS One. 2016 May 6;11(5):e0153600.

10. **Ojikutu BO**, Mazzola E, Fullem A, Vega R, Landers S, Gelman RS, Bogart LM. HIV testing among Black and Hispanic immigrants in the United States. AIDS Patient Care STDS. 2016 Jul;30(7):307-14.

11. Duffy M, **Ojikutu B**, Andrian S Sohng E Minior T, Hirschhorn LR. Non-communicable diseases and HIV care and treatment: models of integrated service delivery. Trop Med Int Health. 2017 Aug;22(8):926-37.

12. **Ojikutu BO**, Bogart LM, Klein D, Galvin F, Wagner G. Neighborhood crime and sexual behavior among Black men living men living with HIV. J Health Care Poor Underserved. 2018;29(1):383-99.

13. Makadzange AT, Dougherty L, Birri R, Kupakuwana G, van Dijk J, Bwakura Dangarembizi M, Mothobi N, Phelps B, **Ojikutu BO**, Nhlovu CE. Temporal improvements in long-term outcomes in care among HIV infected children enrolled in public ART care: an analysis of outcomes from 2004-2012 in Zimbabwe. Pediatr Infect Dis J. 2018 Aug;37(8):794-800.

14. **Ojikutu BO**, Bogart LM, Higgins-Biddle M, Dale SK, Allen W, Dominique T, Mayer KH. Facilitators and barriers to pre-exposure prophylaxis (PrEP) use among Black individuals in the United States: results from the National Survey on HIV in the Black Community (NSHBC). AIDS Behav. 2018 Nov;22(11):3576-87.

15. **Ojikutu BO**, Srinivasan S, Bogart LM, Subramanian SV, Mayer KH. Mass incarceration and the impact of prison release on HIV diagnoses in the US South. PLOS One. 2018;13(6):e0198258.

16. **Ojikutu BO**, Nnaji C, Sithole-Berk J, et al. African born women living with HIV in the United States: unmet needs and opportunities for intervention. AIDS Care. 2018;30(12):1542-50.

17. Ransome Y, Bogart LM, Nunn AS, Mayer KH, Sadler KR, **Ojikutu BO**. Faith leaders' messaging is essential to enhance HIV prevention among Black Americans: Results from the 2016 National Survey of HIV in Black the Community (NSHBC). BMC Public Health. 2018 Dec 19;18(1):1392.

18. **Ojikutu BO**, Bogart LM, Mayer KH, Stopka TJ, Sullivan PS, Ransome Y. Spatial access and willingness to use pre-exposure prophylaxis (PrEP) among Black/African-American individuals in the United States. JMIR Public Health Surveill. 2019 Feb 4;5(1):e12405.

19. Bogart LM, Ransome Y, Allen W, Higgins-Biddle M, **Ojikutu BO**. HIV-related medical mistrust, HIV testing, and HIV risk in the National Survey on HIV in the Black Community. Behav Med. 2019;45(2):134-42.

20. McGregor AJ, Bogart LM, Higgins-Biddle M, Strolovitch DZ, **Ojikutu BO**. MARGINALIZED YET MOBILIZED: race, sexuality, and the role of "political hypervigilance" in African-American political participation in 2016. Du Bois Review: Social Science Research on Race. 2019;16(1):131-56.

21. Agénor M, Pérez AE, Koma JW, Abrams JA, McGregor AJ, **Ojikutu BO**. Sexual orientation identity, race/ethnicity, and lifetime HIV testing in a national probability sample of U.S. women and men: an intersectional approach. LGBT Health. 2019;6(6):306-18.

22. Montano M, Bhasin S, D'Aquila RT, Erlandson KM, Evans WJ, Funderburg NT, Justice A, Ndhlovu LC, **Ojikutu B**, Pahor M, Pahwa S, Ryan AS, Schrack J, Schultz MB, Sebastiani P, Sinclair DA, Tripp J, Walker B, Womack JA, Yung R, Reeves RK. Harvard HIV and Aging Workshop: perspectives and priorities from Claude D. Pepper Centers and Centers for AIDS Research. AIDS Res Hum Retroviruses. 2019 Nov/Dec;35(11-12):999-1012.

23. **Ojikutu BO**, Amutah-Onukagha N, Mahoney TF, Tibbitt C, Dale SD, Mayer KH, Bogart LM. HIV-related mistrust (or HIV conspiracy theories) and willingness to use PrEP among Black women in the United States. AIDS Behav. 2020 Oct;24(10):2927-34.

24. Ransome Y, Bogart LM, Kawachi I, Kaplan A, Mayer KH, **Ojikutu BO**. Area-level HIV risk and socioeconomic factors associated with willingness to use PrEP among Black people in the U.S. South. Ann Epidemiol. 2020;42:33-41.

25. Meyerowitz EA, Kim AY, Ard KL, Basgoz N, Chu JT, Hurtado RM, Lee CK, He W, Minukas T, Nelson S, **Ojikutu BO**, Robbins G, Sanchez S, Triant VA, Zachary K, Gandhi RT. Disproportionate burden of COVID-19 among racial minorities and those in congregate settings among a large cohort of people with HIV. AIDS. 2020 Oct 1;34(12):1781-7.

26. Adamson AS, Essien U, Ewing A, Daneshjou R, Hughes-Halbert C, **Ojikutu B**, Davis MB, Fox K, Warner E. Diversity, race and health. Med-Cell Press. 2021 Jan 15; 2(1): 6-10.

27. Bogart LM, **Ojikutu BO**, Tyagi K, Klein DJ, Mutchler MG, Dong L, Lawrence SJ, Thomas DR, Kellman S. COVID-19 Related Medical Mistrust, Health Impacts, and Potential Vaccine Hesitancy Among Black Americans Living With HIV. J Acquir Immune Defic Syndr. 2021 Feb 1;86(2):200-207.

28. Dryden-Peterson S, Velásquez GE, Stopka TJ, Davey S, Lockman S, **Ojikutu BO**. Disparities in SARS-CoV-2 Testing in Massachusetts During the COVID-19 Pandemic. JAMA Netw Open. 2021 Feb 1;4(2):e2037067.

29. Uzoeghelu U, Bogart LM, Mahoney T, Ghebremichael MS, Kerr J, **Ojikutu BO**. HIV Risk-Related Behaviors and Willingness to Use Pre-Exposure Prophylaxis Among Black Americans with an Arrest History. J Racial Ethn Health Disparities. 2021 Feb 5:10.1007/s40615-021-00980-2.

30. Ransome Y, **Ojikutu BO**, Buchanan M, Johnston D, Kawachi I. Neighborhood Social Cohesion and Inequalities in COVID-19 Diagnosis Rates by Area-Level Black/African American Racial Composition. J Urban Health. 2021 Apr;98(2):222-232.

31. Bogart LM, Dong L, Gandhi P, Klein DJ, Smith TL, Ryan S, **Ojikutu BO**. COVID-19 Vaccine Intentions and Mistrust in a National Sample of Black Americans. J Natl Med Assoc. 2021 Jun 19:S0027-9684(21)00082-1.

32. Uzoeghelu U, Bogart LM, Mahoney TF, **Ojikutu BO**. Association Between HIV Testing and HIV-Related Risk Behaviors Among US and Non-US Born Black Individuals Living in the US: Results From the National Survey on HIV in the Black Community (NSHBC). J Immigr Minor Health. 2021 Jul 16.

33. Dryden-Peterson S, Velásquez GE, Stopka TJ, Lockman S, Gandhi R, **Ojikutu BO**. Disparities in SARS-CoV-2 vaccination-to-infection risk during the COVID-19 pandemic in Massachusetts. JAMA Health Forum. 2021;2(9):e212666.

**Other peer reviewed publications**

1. **Ojikutu BO**, Stone VE. Women, inequality and the burden of HIV. N Engl J Med.2005;354(7):649-52.

2. Hirschhorn L, **Ojikutu BO,** Rodriguez.W. Research for change: Using implementation research to strengthen HIV care and treatment scale-up in resource-limited settings. J Infect Dis. 2007;196 Suppl 3:S516-22.

3. **Ojikutu BO**. Jack C. Ramjee G. Provision of antiretroviral therapy in South Africa: unique challenges and remaining obstacles. J Infect Dis. 2007;196 Suppl 3:S523-7.

4. **Ojikutu BO**. The realities of antiretroviral therapy roll-out. J Infect Dis. 2007;196 Suppl 3:S445-8.

5. **Ojikutu B**, Makadzange AT, Gaolathe T. Scaling up ART treatment capacity: lessons learned from South Africa, Zimbabwe, and Botswana. Curr Infect Dis Rep. 2008 Mar;10(1):69-73.

6. **Ojikutu BO,** Stone VE. Special considerations in the management of HIV-infected patients from minority communities. inPractice. Available at: https://www.inpractice.com/Textbooks/HIV/Management_of_Specific_Populations/ch22_Minorities. aspx. Updated 2010, 2012, 2015, 2018

7. DiNardo KW, Venkateswaran RV, Vaidya A, **Ojikutu BO**. Breaking a sweat. N Engl J Med. 2020 Oct 1;383(14):e87.

8. **Ojikutu BO,** Mayer KH. Hidden in plain sight: identifying women living in the United States who could benefit from HIV preexposure prophylaxis. J Infect Dis. 2020 Oct 1;222(9):1428-31.

9. **Ojikutu BO**, Stephenson KE, Mayer KH, Emmons KM. Building trust in COVID-19 vaccines and beyond through authentic community investment. Am J Public Health. 2020 Dec 10:e1-e3.

10. **Ojikutu BO**, Mayer K. HIV prevention among black women in the US-time for multimodal integrated strategies. JAMA Netw Open. 2021 Apr 1;4(4):e215356.

11. Bogart LM, Dong L, Gandhi P, Ryan S, Smith TL, Klein DJ, Fuller LA, and **Ojikutu BO**, What contributes to COVID-19 vaccine hesitancy in Black communities, and how can it be addressed?. Santa Monica, CA: RAND Corporation, 2021. Available: https://www.rand.org/pubs/research_reports/RRA1110-1.html.

12. **Ojikutu BO**. Shifting power, creating demand and requiring accountability: achieving vaccine equity in the US. Harvard Health Policy Review. 2021.

<u>**Non-peer reviewed scientific or medical publications/materials in print or other media**</u>

**Reviews, chapter, monographs and editorials**

1. **Ojikutu BO**, Harris J. Moving toward a united global agenda: communities of color and HIV/AIDS worldwide. In: Stone VE, Ojikutu BO, Rawlings K, Smith KY, editors. HIV/AIDS in US communities of color. Springer, Inc; 2009. p. 284-99.

2. **Ojikutu BO**, Bardequez A, Stone VE. Women of color and HIV/AIDS: epidemiology, clinical aspects, and management. In: Stone VE, Ojikutu BO, Rawlings K, Smith KY, editors. HIV/AIDS in US communities of color. Springer, Inc; 2009. p. 83-101.

3. **Ojikutu BO**. Approach to the newly diagnosed HIV positive patient. In S Mushlin and H Greene, editors. Decision making in medicine. Philadelphia: Elsevier; 2009. p. 318-21.

4. **Ojikutu BO**. Sexually transmitted diseases. In: S. Mushlin and H Greene, editors. Decision making in medicine, editors. Philadelphia: Elsevier.2009. p.314-17.

5. **Ojikutu BO**. (2011) Emergency planning for HIV treatment access in conflict and post-conflict settings: the case of Northern Uganda. Case Study Series. Arlington, VA: USAID's AIDS Support and Technical Assistance Resources, AIDSTAR-One, Task Order 1.

6. Rossi V and **Ojikutu BO**. (2011) HIV treatment guidelines in Guyana: the fast track to diagnosis and treatment. Case Study Series. Arlington, VA: USAID's AIDS Support and Technical Assistance Resources, AIDSTAR-One, Task Order 1.

7. Patel A, Hirschhorn L, Fullem A, **Ojikutu BO**, Oser R. (2011) Adult adherence to treatment and retention in care. Arlington, VA: USAID | AIDSTAR-ONE PROJECT, Task Order 1.

8. Rossi V, **Ojikutu BO**, Hirschhorn L. (2012) World Health Organization's 2010 recommendations for HIV treatment: national guideline revision challenges and lessons learned. Arlington, VA: USAID's AIDS Support and Technical Assistance Resources, AIDSTAR-One, Task Order 1.

9. Oser R, **Ojikutu BO**, Odek W, Ogunlayi M, Bakualufu Ntumba J. (2012) HIV treatment in complex emergencies. Arlington, VA. USAID's. AIDS Support and Technical Assistance Resources. AIDSTAR-One. Task Order 1.

10. Greeson D, **Ojikutu BO**, Pitorak H, Cabral H, Cooper E. (2012) Rapid assessment of pediatric HIV treatment in Zambia. Arlington, VA. USAID's AIDS Support and Technical Assistance Resources, AIDSTAR-One Task Order 1

11. Greeson D, **Ojikutu BO**, Kolapo U, Higgins-Biddle M, Cabral H, Cooper E. (2012) Rapid assessment of pediatric HIV treatment in Nigeria. Arlington, VA: USAID's AIDS Support and Technical Assistance Resources, AIDSTAR-One, Task Order 1. Available at: http://www.aidstar-one.com/focus_areas/treatment/resources/report/pediatric_tx_nigeria.

12. Oser R, **Ojikutu BO**, Odek W, Ogunlayi M, Bakualufu Ntumba J. (2012) HIV treatment in complex emergencies. Arlington, VA. USAID's. AIDS Support and Technical Assistance Resources. AIDSTAR-One. Task Order 1.

13. Greeson D, **Ojikutu BO**, Pitorak H, Cabral H, Cooper E. (2012) Rapid assessment of pediatric HIV treatment in Zambia. Arlington, VA. USAID's AIDS Support and Technical Assistance Resources, AIDSTAR-One Task Order 1.

14. Greeson D, **Ojikutu BO**, Kolapo U, Higgins-Biddle M, Cabral H, Cooper E. (2012) Rapid assessment of pediatric HIV treatment in Nigeria. Arlington, VA: USAID's AIDS Support and Technical Assistance Resources, AIDSTAR-One, Task Order 1. Available at: http://www.aidstar-one.com/focus_areas/treatment/resources/report/pediatric_tx_nigeria.

15. **Ojikutu BO.** Let's talk about HIV: the importance of dialogue and information in adolescent HIV care. USAID Impact Blog. 2013. Available at: https://blog.usaid.gov/2013/08/lets-talk-about-hiv/.

16. **Ojikutu BO.** Living positively: the importance of pediatric HIV disclosure. USAID Impact Blog. 2013. Available at: https://blog.usaid.gov/2013/05/living-positively-the-importance-of-pediatric-hiv-disclosure/.

17. **Ojikutu BO.** Measuring HIV Post Release. Boston University School of Health Public Health Post. 2019. Available at: https://www.publichealthpost.org/authors/bisola-ojikutu/.

18. **Ojikutu BO.** Implications for clinicians from HealthHIV's State of Aging with HIV survey. Clinical Care Options. 2020. Available at: https://www.clinicaloptions.com/hiv/programs/pozitively-aging/clinicalthought/ct3/page-1#.

19. **Ojikutu BO.** Saving Black lives during COVID-19: vaccines matter. American Association of Medical Colleges News. 2020. Available at: https://www.aamc.org/news-insights/saving-black-lives-during-covid-19-vaccines-matter.

20. **Ojikutu BO**, Stone VE. Achieving health equity among US communities of color living at-risk for or living with HIV. In: Ojikutu BO, Stone VE. HIV in US communities of color. Springer, Inc. 2020; p. 1-13.

21. **Ojikutu BO**, Devieux J, Nnaji C. Black immigrants from sub Saharan Africa and the Caribbean and HIV. In: Ojikutu BO, Stone VE, editors. HIV in US communities of color. Springer, Inc. 2020; p.111-33.

22. Hill MJ, Amutah-Onukagha N, Flash C, **Ojikutu BO**. Changing clinical practice to include HIV prevention for black women. In Evans SY, editor. Black women and public health regenerative history, practice, and planning. SUNY Press. 2021.

## Professional educational materials or reports, in print or other media

1. **Ojikutu BO**, Holman J. Linking RWHAP clients of color to new health coverage options: findings from an ACA early-implementation needs assessment. Webinar. Health Resources and Services Administration. 2015. Available at: https://cc.readytalk.com/cc/s/meetingArchive?eventId=nufii4oaeimn.

2. **Ojikutu BO.** Engagement and enrollment in the Affordable Care ACT within diverse communities. Webinar. Health Resources and Services Administration. 2015. Available at: https://careacttarget.org/library/engagement-and-enrollment-diverse-communities.

3. Elion R, **Ojikutu BO**. The state of HIV prevention. Medscape. 2019. Available: https://www.medscape.org/viewarticle/900290.

4. **Ojikutu BO**, Kumar P. Childbearing and HIV: key considerations to optimize care. Medscape. 2020. Available at: https://www.medscape.org/viewarticle/923149.

5. Sweet D, **Ojikutu BO**. The HIV prevention toolbox: priorities for patients and providers. Medscape. 2020. Available at: https://www.medscape.org/viewarticle/932061_sidebar1.

6. **Ojikutu BO.** Clinical Case Vlogs: practical insights on managing HIV in our aging patients. Clinical Care Options. 2021

7. **Ojikutu BO.** Waller A. Taylor J. Kimmel S. Strengthening systems of care for people with opioid use disorder. Podcast. 2021

## Narrative Report

I am an Associate Physician within the Division of Global Health Equity and the Division of Infectious Diseases at BWH, and an Associate Professor (part-time) at HMS. My area of excellence is Clinical Expertise and Innovation and my significant supporting activities are Investigation and Education of Patients and Service to the Community. The focus of my clinical research and community service activities has been achieving health equity and developing strategies to provide the highest quality care to vulnerable populations, both domestically and internationally.

I have dedicated my career to overcoming racial and ethnic disparities in access to HIV prevention and treatment, providing outpatient care for patients living with HIV, serving on the inpatient ID consult team, and mentoring medical students, residents and fellows. As an established national leader in HIV care and treatment among populations who have been historically underserved, I have led and served as faculty advisor for numerous efforts to address HIV-related disparities, particularly among Black women and immigrant populations. I have also developed enduring clinical materials to overcome racial and ethnic disparities, a highlight of which is a two-part series of textbooks, *HIV in U.S. Communities of Color*, which I co-edited with Dr. Valerie Stone and colleagues. The first edition was published in 2009 and the second in 2020.

In recognition of my clinical expertise in HIV clinical care, I was asked to lead the Comprehensive Care Committee for the Massachusetts Getting to Zero HIV Initiative and co-authored the initial statewide plan to address HIV epidemic. I currently lead treatment activities for our state's Ending the HIV Epidemic Steering Committee. These activities have coincided with my serving as a Clinical Advisor to federal HRSA/HIV/AIDS Bureau programs to ensure quality care and identify best practices and strategies for people living with HIV. I am a sought-after local and national speaker on achieving health equity in HIV and was recently invited to present before the Presidential Advisory Committee on HIV/AIDS. My work to achieve health equity has been inclusive of efforts to overcome discrimination based on sexual orientation and gender identity. To that end, I am a faculty advisor for the National LGBTQIA Health Education Center and served on the Board of Advisors for Fenway Health.

My expertise in clinical innovation is coupled with and augmented by my significant supporting activity of investigation. I served as co-PI of the National Survey on HIV in the Black Community (NSHBC), which was designed to determine the complex drivers of HIV disparities. These data supported the aims of my K23 Career Development Award, which focused on structural barriers to PrEP uptake among Black individuals. I was also PI of a BWH Department of Medicine funded study, supported by my primary division, the Division of Global Health Equity, to determine structural barriers to PrEP access within our hospital system. I was recently awarded a Patient Centered Outcomes Research Institute (PCORI) Addressing Disparities Grant focused on developing interventions to increase HIV prevention among Black women nationwide. As Associate Director of the Biobehavioral and Community Science Core within the Harvard University Center for AIDS Research (HU CFAR), I have also provided mentorship for junior faculty interested in HIV-related health disparities research.

I have devoted significant effort to community service and public health leadership, and thus have an additional significant supporting activity of education of patients and service to the community. As the recently appointed Executive Director of the Boston Public Health Commission, I am working to establish collaborative partnerships with community organizations to address the ongoing COVID-19 pandemic, promote evidence-based programming to address racism and a public health crisis and implement long term strategies to meet the needs of individuals experiencing substance use disorder, mental health

disorders and homelessness throughout the city of Boston. These efforts will require the development of stronger partnerships with the academic centers throughout Boston. My goal is to create better cross sector alignment between public health, academia and vulnerable communities throughout the city.

My contributions in teaching and education have focused on fellows, residents and medical students. Early in my career, I developed infrastructure in South Africa that served as the basis for many future infectious disease fellows' careers, and designed a national training curriculum for local clinicians. As Director of the Office of International Programs at Harvard Medical School, I was the inaugural Director of the Doris Duke International Research Fellowship for Medical Students (2007-2019), developed curricula for the fellowship program and mentored many of the fellows. I currently teach infectious disease fellows, internal medicine residents and medical students rotating on the infectious disease consult service at BWH for 4 weeks per year. I also precept internal medicine residents for 5 hours per week in the Infectious Disease Outpatient Practice at MGH through the ambulatory subspecialty rotation. Many of my mentees have developed successful clinical and research careers in academia. My hope is to continue to train and inspire students and trainees to pursue careers focused on addressing inequity in healthcare.