APPEALS COURT
Single Justice
Case Docket

BOSTON FIREFIGHTERS UNION LOCAL 718 & others vs. CITY OF BOSTON
& another
2022-J-0031

## CASE HEADER

| | | | |
|---|---|---|---|
| Case Status | Active: Open | Status Date | 01/26/2022 |
| Nature | GLc 231, s 118, p 1 | Entry Date | 01/26/2022 |
| Pet Role Below | Plaintiff | Single Justice | Singh, J. |
| Brief Status | | Brief Due | |
| Case Type | Civil | Lower Ct Number | |
| Lower Court | Suffolk Superior Court | Lower Court Judge | Jeffrey A. Locke, J. |

## INVOLVED PARTY / ATTORNEY APPEARANCE

**Boston Firefighters Union Local 718**
Plaintiff/Petitioner — Leah M. Barrault, Esquire

**Boston Police Superior Officer Federation**
Plaintiff — Patrick Bryant, Esquire

**Boston Police Detectives Benevolent Society**
Plaintiff — Scott W. Dunlap, Esquire

**City of Boston**
Defendant/Respondent — Robert D. Hillman, Esquire; Ann Marie Noonan, Esquire

**Michele Wu**
Defendant/Respondent — Robert D. Hillman, Esquire; Ann Marie Noonan, Esquire

## DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 01/26/2022 | #1 | Petition pursuant to G.L. c. 231, s. 118 filed for Boston Police Superior Officer Federation, Boston Police Detectives Benevolent Society and Boston Firefighters Union Local 718 by Attorney Leah Barrault. |
| 01/26/2022 | #2 | Memorandum of law in support filed for Boston Police Superior Officer Federation, Boston Police Detectives Benevolent Society and Boston Firefighters Union Local 718 by Attorney Leah Barrault. |
| 01/26/2022 | #3 | Appendix filed for Boston Police Superior Officer Federation, Boston Police Detectives Benevolent Society and Boston Firefighters Union Local 718 by Attorney Leah Barrault. |
| 01/26/2022 | #4 | Copy of docket report, received from Suffolk Superior Court. |
| 01/26/2022 | #5 | Revised Certificate of Service filed for Boston Firefighters Union Local 718, Boston Police Superior Officer Federation and Boston Police Detectives Benevolent Society by Attorney Leah Barrault. |
| 01/26/2022 | | ORDER: The petition and accompanying record appendix do not comply with M.A.C. Rule 20.0 filing requirements. Accordingly, the documents are to be refiled forthwith in compliance with the rule, including that the petition include an addendum containing a copy of the order or action of the trial court (including a typed version of any pertinent handwritten or oral endorsement, notation, findings, or order made by the lower court), and that the record appendix be consecutively numbered starting with the cover or first page as page 1 followed by a table of contents that lists each document contained therein and the page on which it appears. *notice |
| 01/26/2022 | #6 | Revised Petition pursuant to G.L. c. 231, s. 118 filed for Boston Firefighters Union Local 718, Boston Police Superior Officer Federation and Boston Police Detectives Benevolent Society by Attorney Patrick Bryant. |
| 01/26/2022 | #7 | Revised Memorandum of law in support filed for Boston Firefighters Union Local 718, Boston Police Superior Officer Federation and Boston Police Detectives Benevolent Society by Attorney Patrick Bryant. |
| 01/26/2022 | #8 | Revised Appendix filed for Boston Firefighters Union Local 718, Boston Police Superior Officer Federation and Boston Police Detectives Benevolent Society by Attorney Patrick Bryant. |
| 01/27/2022 | | ORDER: The December 20, 2021 amendment to the defendant City of Boston's COVID-19 Vaccine Verification or Required Testing Policy mandating that employees represented by the plaintiff unions be vaccinated and verify their full vaccination status is temporarily stayed pending review of the Superior Court's January 12, 2022 order denying the plaintiffs' motion for a preliminary injunction, and further order of this court or a single justice thereof. A response from the defendants to the plaintiffs' petition is requested and due on or before February 3, 2022. (Singh, J.) Notice/Attest/Locke, J. |

As of 01/27/2022 2:15pm