UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Shana Marie Cottone;** <br> **Denice Barrasso;** <br> **Jason Andrew Dunton;** <br> **Naomi Hastings;** <br> **Laura Ann Lasdow;** <br> **Shannon Lundin;** <br> **Kelly Diver**, individually and as Guardian of J.D.; <br> **Yinette Fuertes**, individually and as Guardian of J.B.; <br> **Gina Castiello;** <br> **Jaymes Leavitt;** <br> **Joanne Halpin;** <br> **Joel Greenberg;** <br> **Miriam Carrasquillo;** <br> **Shawn Nelson;** <br> **Karina Demuchyan;** <br> **Catherine Vitale;** <br> **Jorge Mendoza;** <br> **Carla Gomes;** <br> **Saviel Colon;** <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF BOSTON;** <br> **MAYOR MICHELLE WU OF THE CITY OF BOSTON**, in her Official and Personal Capacities; <br> **BOSTON PUBLIC HEALTH COMMISSION EXECUTIVE DIRECTOR, DR. BISOLA OJIKUTU, M.D., MPH**, in her Official and Personal Capacities; <br> **BOSTON PUBLIC HEALTH COMMISSION.** <br><br> Defendants. | **Civil Action No.: 1:22-cv-10285-AK** |

1

## PLAINTIFFS ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION

The Plaintiffs, hereby respectfully asks that this Court extend the time within which the Plaintiffs must file their Opposition to Defendants' Motion to Dismiss up to and including August 22nd 2022.

As reasons for this motion, counsel for the Plaintiffs submits that on July 18, 2021, both Defendants' filed Motions to Dismiss this matter. Pursuant to D. Mass. Local Rule 7.1 (2), the parties conducted a conference in an attempt, in good faith, to resolve or narrow the issues prior to that date and they were unable to narrow the issues.

On July 15th his minor child was admitted to the Hospital and as of this date is still recovering at the hospital.

Undersigned counsel has spoken with Nicole O'Connor, counsel for the Defendant City of Boston and Mayor Wu, and Whitney Pasternack counsel for the Boston Public Health Commission and Dr. Bisola Ojikutu who assents to this Motion.

THEREFORE, Plaintiffs respectfully request this Honorable Court allow their Motion in the interests of justice.

DATED: July 22, 2022

Respectfully submitted,
The Plaintiffs,

*/s/ Richard C. Chambers, Jr., Esq.*
Richard C. Chambers, Jr., Esq.
BBO#: 651251
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Richard@chamberslawoffice.com

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 22, 2022

/s/ *Richard C. Chambers, Jr., Esq.*
Richard C. Chambers, Jr., Esq.