UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHANA MARIE COTTONE, et al.** | |
| Plaintiffs, | |
| v. | **Civil Action No.: 1:22-cv-10285-AK** |
| **CITY OF BOSTON, et al.** | |
| Defendants. | |

## PLAINTIFFS' MOTION TO FILE
## AN OVERSIZED MEMORANDUM

COMES NOW the Plaintiffs, by and through their counsel, and respectfully requests permission to file the attached oversized *Plaintiffs' Opposition to Defendants' Motion to Dismiss*. In support of this Motion, counsel states the following:

The Opposition is 3 pages over the limit of 20 pages. The reason for this is (1) there are 19 Plaintiffs involved in the action, and (2) the Defendants, in their Motion to Dismiss, made a claim for dismissal that each Plaintiff failed to sufficiently plead that they had been injured and said injury was attributable to the Defendants, and consequently counsel was required in the Opposition response to parse the Complaint and review each Plaintiff's set of facts and how they were injured and how that injury is attributable to the Defendants. These circumstances required counsel to use more pages than ordinarily would have been necessary if required to just submit legal arguments.

WHEREFORE, the motion ought to be GRANTED.

Respectfully submitted,
The Plaintiffs
By their attorney,

DATED: August 22, 2022

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.
BBO#: 651251
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Email: Richard@chamberslawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: August 22, 2022

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.